Christine V. Williams
Michael D. White
Patton Boggs LLP
601 West 5th Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 263-6300
Facsimile: (907) 263-6345

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GLENN STOUT,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTH STAR PAVING AND<br>CONSTRUCTION, INC., KEN GRINER,<br>STEVE FOSTER, AND JACK FOSTER,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. A05-_____ CV (---)<br>)<br>) |

### NOTICE OF REMOVAL

Defendants North Star Paving and Construction, Inc., Ken Griner, Steve Foster and Jack Foster (collectively "North Star"), gives notice that, pursuant to 28 U.S.C. §§ 1331, 1332 and 1441(a), (b) and 1446(a), this action is removed to this Court from the Superior Court for the State of Alaska, Third Judicial District at Kenai. As grounds for removal, North Star states as follows:

### STATE COURT ACTION

1. On March 18, 2005, plaintiff served the instant action against North Star in the Superior Court for the State of Alaska, Third Judicial District at Anchorage.

**PATTON BOGGS LLP**
Law Offices
601 West 5th Avenue
Suite 700
Anchorage, AK 99501
(907) 263-6300
(907) 263-6345 (fax)

48124v1

2. One April 29, 2005, this case was transferred to the Superior Court in Kenai.

3. Plaintiff's original complaint includes a claim for unpaid overtime pursuant to the Alaska Wage and Hour Act as well as a claim regarding his termination.

4. On March 28, 2006, plaintiff filed a Motion for Leave to file an Amended Complaint. Plaintiff's amended complaint adds an additional claim under the federal law governing overtime, specifically, 29 U.S.C. § 207. Plaintiff's complaint was accepted for filing by the Kenai Superior Court on April 5, 2006.

5. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely, as thirty days have not elapsed since plaintiff's amended complaint was accepted in state court.

6. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331, in that this case now arises under the laws of the United States (namely, the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*) and thus presents a federal question.

7. Pursuant to 28 U.S.C. § 1446(d), North Star is on this day filing a copy of this Notice of Removal along with a Removal Notice with the Clerk of the Superior Court for the State of Alaska, Third Judicial District at Kenai, and serving a copy of this Notice of Removal upon the other parties to this action.

8. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon North Star in the state court action are attached hereto.

**PATTON BOGGS LLP**
Law Offices
601 West 5th Avenue
Suite 700
Anchorage, AK  99501
(907) 263-6300
(907) 263-6345 (fax)

NOTICE OF REMOVAL
*Stout v North Star Paving et al.*
Page - 2
48124v1

## **CONCLUSION**

Accordingly, this Court has federal question jurisdiction over this controversy under 28 U.S.C. § 1331 and removal of this action to this Court is proper under 28 U.S.C. § 1441(b).

DATED at Anchorage, Alaska this 12<u>th</u> day of April, 2006.

                                        Counsel for All Defendants

                                        By:   s/ Michael D. White
                                                  Christine V. Williams
                                                  Alaska Bar Assoc. No. 0204007
                                                  Michael D. White
                                                  Alaska Bar Assoc. No. 8611144

**PATTON BOGGS LLP**
Law Offices
601 West 5th Avenue
Suite 700
Anchorage, AK 99501
(907) 263-6300
(907) 263-6345 (fax)

NOTICE OF REMOVAL
*Stout v North Star Paving et al.*
Page - 3
48124v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of April, 2006, I caused a true and correct copy of the foregoing document to be served via:

☒ **US Mail**   ☐ Fax   ☐ Hand-Delivery
on:

Fax: 276.8238
Timothy Seaver, Esq.
Seaver & Wagner, LLC
421 West 1st Avenue, Suite 250
Anchorage AK 99501

By:    s/ Marcia Hill
       Marcia Hill, Legal Secretary
       PATTON BOGGS LLP

**PATTON BOGGS LLP**
Law Offices
601 West 5th Avenue
Suite 700
Anchorage, AK  99501
(907) 263-6300
(907) 263-6345 (fax)

NOTICE OF REMOVAL
*Stout v North Star Paving et al.*
Page - 4
48124v1