Rec'd 3/21/05

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

GLENN STOUT,
              Plaintiff(s),

vs.

NORTH STAR PAVING & CONSTRUCTION, INC.,
KEN GRINER, STEVE FOSTER, and
JACK FOSTER,
              Defendant(s).

DOCKETED
Due Date 4/13/05
Answer
☐ NO ACTION NECESSARY

CASE NO. 3AN-_____

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: NORTH STAR PAVING & CONTRUCTION, INC., KEN GRINER, STEVE FOSTER, & JACK FOSTER

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, Timothy Seaver, whose address is: SEAVER & WAGNER, LLC, 421 W. 1st Ave., Suite 250, Anchorage, AK 99501.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

☒ This case has been assigned to Superior Court Judge _Michalski_____

☐ This case has been assigned to District Court Judge _____

CLERK OF COURT

_3-18-05_
Date

By: _____
Deputy Clerk

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (6/99)(st.3)
SUMMONS

Civil Rules 4, 5, 12, 55