Christine V. Williams, Esq.
Oles Morrison Rinker & Baker LLP
745 West Fourth Avenue, Suite 502
Anchorage, AK  99501-2136
Telephone:  (907) 258-0106
Facsimile:  (907) 258-5519

Attorneys for Defendants North Star Paving and Construction, Inc., Ken Griner, Steve Foster, and Jack Foster

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| GLENN STOUT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NORTH STAR PAVING AND CONSTRUCTION, INC., KEN GRINER, STEVE FOSTER, and JACK FOSTER, | ) ) ) ) Case No.  3AN-05-6199 CI |
| | ) |
| Defendants. | ) |

ENTRY OF APPEARANCE

Oles Morrison Rinker & Baker LLP, hereby enters its appearance in the above-captioned action on behalf of North Star Paving and Construction, Inc., Ken Griner, Steve Foster and Jack Foster, and requests that all pleadings filed in this action be served on it at 745 West 4th Avenue, Suite 502, Anchorage, Alaska 99501.

Dated: March 31, 2005

OLES MORRISON RINKER & BAKER LLP
Attorneys for Defendants
North Star Paving, Ken Griner,
Steve Foster and Jack Foster

By: /s/ Christine V W
Christine V. Williams
Alaska Bar No. 0204007

Certificate of Service

I hereby certify that on this 5th day of March, 2005, a true and correct copy of the foregoing was ☒ mailed / ☐ hand delivered to:

Timothy Seaver, Esq.
Law Offices of Seaver & Wagner, LLC
421 West First Avenue, Suite 250
Anchorage, AK  99501

OLES MORRISON RINKER & BAKER LLP

By: /s/ Deneen Tuck
Deneen Tuck

10096/10/pleading/02cvweoa

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106    Fax: (907) 258-5519

*Glenn Stout v. North Star Paving & Construction, Inc.*
Entry of Appearance                                    Page 2 of 2