IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| GLENN STOUT,<br><br>              Plaintiff,<br><br>vs.<br><br>NORTH STAR PAVING & CONSTRUCTION, INC., KEN GRINDER, STEVE FOSTER, and JACK FOSTER,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DOCKETED**
Due Date_____

☒ NO ACTION NECESSARY

Case No. 3AN-05-6199 CI

**NOTICE OF SERVICE**

Plaintiff, Glenn Stout, through his attorneys hereby gives notice of service. An affidavit of service accompanies this notice.

SEAVER & WAGNER, LLC

Attorneys for Plaintiff

By: _____
Timothy W. Seaver
ABA #9711092

Certificate of Service
The undersigned certifies that the foregoing
Notice was served by mail
on this _31_ day of March, 2004.

Christine Williams
Oles Morrison Rinker & Baker LLP
745 W. 4th Avenue, Suite 502
Anchorage, AK 99501

_____
Connie Jenkins

LAW OFFICES OF
SEAVER & WAGNER, LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033