# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

## THIRD JUDICIAL DISTRICT AT ANCHORAGE

GLENN STOUT,                              )
                                          )
             Plaintiff,              )
                                          )
    vs.                                   )
                                          )
NORTH STAR PAVING &                       )
CONSTRUCTION, INC., KEN                   )
GRINDER, STEVE FOSTER, and                )
JACK FOSTER,                              )
                                          )
             Defendants.             )
_____ )

DOCKETED
Due Date 4/13/05
Answer to Stout's Complaint
☐ NO ACTION NECESSARY

Case No. 3AN-05-6199 CI

### RULE 4(f) AFFIDAVIT REGARDING SERVICE OF PROCESS

Connie Jenkins, being duly sworn, states as follows:

1.    This affidavit is filed in compliance with the requirements of Alaska R. Civ. P. 4(f).

2.    I served North Star Paving & Construction, Inc. with a copy of the Summons and Complaint through its registered agent, Carey L. Foster by certified mail and was signed for by Ms. Foster. The original Return Receipt No. 7003-1680-0007-3863-3306 is attached as Exhibit A.

DATED this _31_ day of March, 2005, at Anchorage, Alaska.

_____
Connie Jenkins

LAW OFFICES OF
SEAVER & WAGNER,
LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

SUBSCRIBED AND SWORN TO before me this 3 15 day of March 2005.

Notary Public in and for Alaska
My commission expires: 7-25-07

LAW OFFICES OF
SEAVER & WAGNER,
LLC

421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

RULE 4(f) AFFIDAVIT REGARDING SERVICE OF PROCESS
CASE NO. 3AN-05-6199 CI
PAGE 2



**UNITED STATES POSTAL SERVICE**®

# Track & Confirm

### Current Status

You entered 7003 1680 0007 3863 3306

Your item was delivered at 9:42 am on March 21, 2005 in SOLDOTNA, AK 99669.

( Shipment Details > )

Track & Confirm FAQs

### Notification Options

▸ Track & Confirm by email    What is this?   ( Go > )

**Track & Confirm**

Enter label number:

POSTAL INSPECTORS
Preserving the Trust

site ma
Copyright © 1999-20

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .60 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | 3.50 |
| Total Postage & Fees | $ 8.15 |

Postmark Here

USPS DOWNTOWN STATION ANCHORAGE AK 99501 MAR 18 2005

Sent To: Carey Foster, North Star Paving & Const.
Street, Apt. No.; or PO Box No. 265 Wilson Lane
City, State, ZIP+4 Soldotna, AK 99669

PS Form 3800, June 2002    See Reverse for Instructions

7003 1680 0007 3863 3306

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carey L. Foster
NORTH STAR PAVING & CONSTRUCTION, INC.
265 Wilson Lane
Soldotna, AK 99669

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Carey Foster*   □ Agent   □ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? □ Yes
If YES, enter delivery address below: □ No

3. Service Type
- ☑ Certified Mail   □ Express Mail
- ☑ Registered   □ Return Receipt for Merchandise
- □ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
(Transfer from service label)   7003 1680 0007 3863 3306

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**EXHIBIT A**

3/31/05