DOCKETED

Due Date 4/18/05

Stout's Opp due

☐ NO ACTION NECESSARY

1    Christine V. Williams, Esq.
     Oles Morrison Rinker & Baker LLP
2    745 West Fourth Avenue, Suite 502
     Anchorage, AK  99501-2136
3    Telephone:  (907) 258-0106
     Facsimile:  (907) 258-5519

4

5    Attorneys for Defendants North Star
     Paving and Construction, Inc., Ken
6    Griner, Steve Foster, and Jack Foster

7

8              IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

9                 THIRD JUDICIAL DISTRICT AT ANCHORAGE

10   GLENN STOUT,                    )
                                     )
11             Plaintiff,            )
                                     )
12        vs.                        )
                                     )
13   NORTH STAR PAVING AND           )
     CONSTRUCTION, INC., KEN         )
14   GRINER, STEVE FOSTER,           )
     and JACK FOSTER,                )    Case No.  3AN-05-6199 CI
15                                   )
               Defendants.          )
16   _____)

17

18                 MOTION FOR CHANGE OF VENUE

19

20        Defendants, North Star Paving and Construction, Inc.,

21   Ken Griner, Steve Foster and Jack Foster, by and through their

22   attorneys, Oles Morrison Rinker & Baker LLP, and pursuant to

23   Alaska R. Civ. P. 3(d) move this court for a change of venue

24   from Anchorage to Kenai, Third Judicial District.

25

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

1

2          Filed concurrently with this Motion are a Memorandum,

3    Affidavit of Ken Griner, and Proposed Order.

4

5

6

7    Dated:  April ___, 2005          OLES MORRISON RINKER & BAKER LLP
                                      Attorneys for Defendants
8                                     North Star Paving, Ken Griner,
                                      Steve Foster and Jack Foster
9

10

11                                    By: _____
12                                        Christine V. Williams
                                          Alaska Bar No. 0204007
13

14    10096/10/pleadings/03cvwmotvenue

15

16

17

18

19

20

21

22

23

24

25

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

*Glenn Stout v. North Star Paving and Construction, Inc.*
Motion for Change of Venue                                    Page 2 of 3

1

<u>Certificate of Service</u>

2

I hereby certify that on this
3    5 day of April, 2005, a true
and correct copy of the foregoing
4    was ☒ mailed / ☐ hand delivered
to:

5

6    Timothy Seaver, Esq.
Law Offices of Seaver & Wagner, LLC
7    421 West First Avenue, Suite 250
Anchorage, AK  99501

8

OLES MORRISON RINKER & BAKER LLP

9

10   By: _Deneen Tuck_____
           Deneen Tuck

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

*Glenn Stout v. North Star Paving and Construction, Inc.*
Motion for Change of Venue                                Page 3 of 3

Christine V. Williams, Esq.
Oles Morrison Rinker & Baker LLP
745 West Fourth Avenue, Suite 502
Anchorage, AK  99501-2136
Telephone:  (907) 258-0106
Facsimile:  (907) 258-5519


Attorneys for Defendants North Star
Paving and Construction, Inc., Ken
Griner, Steve Foster, and Jack Foster

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| GLENN STOUT,            ) | |
|                 ) | |
|         Plaintiff,    ) | |
|                 ) | |
|     vs.            ) | |
|                 ) | |
| NORTH STAR PAVING AND   ) | |
| CONSTRUCTION, INC., KEN ) | |
| GRINER, STEVE FOSTER,   ) | |
| and JACK FOSTER,        ) | Case No.   3AN-05-6199 CI |
|                 ) | |
|         Defendants.    ) | |
| _____) | |

MEMORANDUM FOR CHANGE OF VENUE

I.   INTRODUCTION


    Defendants, North Star Paving and Construction, Inc.,

("North Star"), Ken Griner, Steve Foster and Jack Foster, by and

through their attorneys, Oles Morrison Rinker & Baker LLP, move

1   for a change of venue.  This motion is made pursuant to AS

2   22.10.040 and Alaska R. Civ. P. 3(d) and requests the change of

3   venue from Anchorage, Alaska to Kenai, Alaska.

4

5                       II.  <u>FACTS</u>

6

7

8        The plaintiff was employed by North Star, located in

9   Soldotna, Alaska.  The plaintiff was a superintendent on road

10  reconstruction and utility projects for North Star in the years

11  2002-2004.

12

13

14       North Star, then Foster Construction, underwent a

    major reorganization in 2004.  During this reorganization, as

15  would be expected, employees were terminated.  Although the

16  plaintiff was given a termination notice to take effect in two

17  weeks from the date it was written, the plaintiff did not wait

18  until the termination took effect to end his employment with

19  North Star.  After the plaintiff was given his termination

20  letter, the plaintiff had one meeting with another North Star

21  employee and then left the state without leaving any contact

22  information.

23

24

25

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106  Fax: (907) 258-5519

The termination letter was dated November 9, 2004, to take effect November 20, 2004.  Rather than continuing his employment, the plaintiff left the job on November 9, 2004, and left the state on November 13, 2004. These actions by the defendant effectively terminated his employment with North Star.

North Star strongly disputes that the plaintiff was given his termination notice because of his age.  North Star intends to call witnesses to attest that the plaintiff was not given his termination notice because of his age.  Indeed, North Star employs others who are the same age or older than the plaintiff.

Additionally, all the defendants reside in Soldotna.  As stated above, North Star f/k/a Foster Construction is located in  Soldotna.  Upon information and belief, the plaintiff resides out of state and would be equally inconvenienced in Anchorage or Kenai.  The convenience of the parties and witnesses, and the ends of justice will best be served by having the trial in Kenai.

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106    Fax: (907) 258-5519

III. <u>LAW</u>

As the moving party, North Star has the burden of proving that the convenience of the parties, witnesses and the ends of justice will be served by the change of venue.  *See Couglan v. Couglan*, 423 P.2d 1010, 1015 (Alaska 1967); *see also*, Supreme Court Order No. 5, attached as Exhibit 1.

Again, as previously stated above, all the defendants reside in Soldotna and the company is located in Soldotna.  *See* Exhibit 2.  North Star intends to call witnesses who also reside in Soldotna.  *Id.*  The City of Soldotna, as home of the defendants and the Company, has an interest in this litigation. The ends of justice would best be served by allowing Soldotna to retain its interest and for this dispute to be resolved in the adjacent town of Kenai.

IV. <u>CONCLUSION</u>

The venue of the trial should be moved from Anchorage to Kenai, for the convenience of both the parties and witnesses, and the ends of justice.

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106    Fax: (907) 258-5519

1   Dated:   April  5  , 2005        OLES MORRISON RINKER & BAKER LLP
                                     Attorneys for Defendants
2                                    North Star Paving, Ken Griner,
                                     Steve Foster and Jack Foster
3

4

5

6   By: _____
                                     Christine V. Williams
7                                    Alaska Bar No. 0204007

8

9

10

11

12

13

14

15          Certificate of Service

16  I hereby certify that on this
    5   day of April, 2005, a true
17  and correct copy of the foregoing
    was ☒ mailed / ☐ hand delivered
18  to:

19

20  Timothy Seaver, Esq.
    Law Offices of Seaver & Wagner, LLC
21  421 West First Avenue, Suite 250
    Anchorage, AK  99501

22  OLES MORRISON RINKER & BAKER LLP

23  By: _____
24          Deneen Tuck

25  10096/10/pleading/03cvwvenue

*Glenn Stout v. North Star Paving and Construction, Inc.*
Memorandum for Change of Venue                    Page 5 of 5

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

## RULES OF CIVIL PROCEDURE

### PART I.  SCOPE OF RULES - CONSTRUCTION - ONE FORM OF ACTION

#### Rule 1.  Scope of Rules - Construction.

The procedure in the superior court and so far as appli-
cable, in the magistrate courts, shall be governed by these
rules in all actions or proceedings of a civil nature - legal,
equitable or otherwise.  These rules shall be construed to se-
cure the just, speedy and inexpensive determination of every
action and proceeding.

#### Rule 2.  One Form of Action.

There shall be one form of action to be known as a
"civil action."

### PART II.  COMMENCEMENT OF ACTION - SERVICE OF PROCESS, PLEAD-
INGS, MOTIONS AND ORDERS

#### Rule 3.  Commencement of Action.

A civil action is commenced by filing a complaint with
the court.

#### Rule 4.  Process.

(a)  Summons - Issuance.  Upon the filing of the com-
plaint the clerk shall forthwith issue a summons and deliver it
for service to a peace officer or to a person specially appoint-
ed to serve it.  Upon request of the plaintiff separate or addi-
tional summons shall issue against any defendants.

-1-

Exhibit ___1___, Page _1_ of _4_

No. 5

## ORDER ADOPTING RULES

It is hereby ordered:

That the foregoing rules, numbered 1 to 116, inclusive, be and the same are hereby adopted as the Rules of Civil Procedure governing the superior court and the magistrate courts of the State of Alaska effective at a date to be determined by further order of the court.

Dated at Juneau, Alaska, this 9th day of October, 1959.

/s/    Buell A. Nesbett
       Chief Justice

/s/    Walter H. Hodge
       Associate Justice

/s/    John H. Dimond
       Associate Justice

Exhibit _1_, Page _2_ of _4_

IN THE SUPREME COURT FOR THE STATE OF ALASKA

ORDER NO. 683

Amending Civil Rule 3 on
Commencement of Actions to
Include Venue Information
for Civil Cases

IT IS ORDERED:

The following language is added to existing Civil Rule 3 which as amended shall read:

Rule 3. Commencement of Action and Venue.

(a)  A civil action is commenced by filing a complaint with the court.

(b)  All actions in ejectment, for recovery of possession, for quieting title, for partition, or for the enforcement of liens upon real property shall be commenced in the superior court in the judicial district in which the real property, or any part of it affected by the action, is situated.  Such actions may also be commenced in the venue district in which the real property is located if the superior court in the district accepts such cases for filing.

(c)  In a civil action other than one specified in (a) of this rule, the action may be commenced either in:  (1) the judicial district in which the claim arose; or (2) a judicial district where the defendant may be personally served; or (3) a venue district where the claim arose or where the defendant may be personally served if the superior court in the district accepts such cases for filing.

(d)  Subject to a change of venue motion under AS 22.10.040, a trial and any precedent or antecedent hearings in an action shall be conducted in a venue district within the judicial district at a location which would best serve the convenience of the parties and witnesses.  However, if there is any part of more than one venue district within the boundaries of a borough, the trial and related hearings shall be conducted within the borough's boundaries at a location which would best serve the convenience of the parties and witnesses.

Exhibit 1 Page 3 of 4

Supreme Court Order No. __683__

Page 2

(e) Actions in cases not previously covered under this rule may be commenced in any judicial district of the state.

(f) Failure to make timely objection to improper venue waives the venue requirements of this rule.

(g) Venue districts as used in this rule refer to the districts referenced in the Venue District Map attached to Criminal Rule 18.1.

DATED: April 24, 1986

EFFECTIVE DATE: May 15, 1986

_____
Chief Justice Rabinowitz

_____
Justice Burke

_____
Justice Matthews

_____
Justice Compton

_____
Justice Moore

Exhibit _1_ Page _4_ of _4_

1  Christine V. Williams, Esq.
   Oles Morrison Rinker & Baker LLP
2  745 West Fourth Avenue, Suite 502
   Anchorage, AK  99501-2136
3  Telephone:  (907) 258-0106
   Facsimile:  (907) 258-5519

4

5  Attorneys for Defendants North Star
   Paving and Construction, Inc., Ken
6  Griner, Steve Foster, and Jack Foster

7

           IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
8
                THIRD JUDICIAL DISTRICT AT ANCHORAGE
9

10  GLENN STOUT,                    )
                                    )
11          Plaintiff,              )
                                    )
12      vs.                         )
                                    )
13  NORTH STAR PAVING AND           )
    CONSTRUCTION, INC., KEN         )
14  GRINER, STEVE FOSTER,           )
    and JACK FOSTER,                )     Case No.   3AN-05-6199 CI
15                                  )
            Defendants.             )
16  _____)

17

18

19               AFFIDAVIT OF KEN GRINER

20  STATE OF ALASKA          )
                             )ss:
21  THIRD JUDICIAL DISTRICT  )

22

23      KEN GRINER, being first duly sworn upon oath, deposes

24  and states as follows:

25

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106  Fax: (907) 258-5519

EXHIBIT ___2___
PAGE __1__ OF _4_

1.   I am the Executive Vice-President and General Manager of North Star Paving and Construction, Inc. ("North Star") and I have personal knowledge of the facts stated herein. I am over the age of 21 and in all ways competent to make this affidavit.  If called, I could testify to the following based upon my personal knowledge.

2.   In 2004, North Star f/k/a Foster Construction underwent a major reorganization.  During the reorganization, the company terminated employees.

3.   On November 9, 2004, at approximately 10:00a.m., the plaintiff came into my office and we had a meeting.  It was during this meeting that I gave the plaintiff the termination letter, dated the same day.  According to the letter, which is attached to this affidavit, the termination was to take effect November 20, 2004.

4.   After receiving his termination letter, the plaintiff had a meeting another employee and then left the North Star property.

*Glenn Stout v. North Star Paving and Construction, Inc.*
Affidavit of Ken Griner                                    Page 2 of 4

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

EXHIBIT ___2___
PAGE __2_ OF _4_

5.    On or about November 13, 2004, to the best of my knowledge, the plaintiff left Alaska.  The plaintiff did not leave any contact information.

6.    North Star and its employees are based out of Soldotna, Alaska.  Witnesses that will be called in this matter are also in the Soldotna area.


Ken Griner

SUBSCRIBED and SWORN to before me this _1ST_ day of April, 2005.


Jennifer Estue
Notary Public in and for Alaska
My commission expires: _1/26/08_

EXHIBIT 2
PAGE 3 OF 4

MAR-30-2005 WED 10:04 AM N... I                    FAX NO.    262 1428              P. 02



**NorthStar**
Paving & Construction Inc.

265 Wilson Lane - Soldotna, Alaska 99669
(907) 262-PAVE Fax (907) 262-1428 www.nspci.com

November 9, 2004


Glen Stout
Anchorage, AK.

RE:    Termination


Dear Glenn,

Please consider this your official letter of termination from the employment of North Star
Paving & Construction Inc. as of 11-20-04. As you are aware the construction industry is
a market of uncertainty and North Star Paving & Construction Inc. has taken on losses for
the fiscal year of 2004. Due to those losses and company reorganization, we are
terminating your employment.

 North Star Paving & Construction Inc. will be taking over the residence, provided to you
at this time, on that date in order to clean and return to the owner by the end of the month.
If more time is required to vacate the premise, please let me know and we will try and
make arrangements to allow for additional days. Return all equipment provided to you by
North Star Paving & Construction Inc. to Larry Pannell, Equipment Manager, in
Soldotna, AK. by your termination date.

We at North Star Paving & Construction Inc. wish you well in your future endeavors
where ever they may take you.


Regards,


Ken Griner
Executive VP/GM
North Star Paving & Construction Inc.


Cc:    Corporate File


C:\Documents and Settings\Ken.GMVP\My Documents\NSPCI Forms and Templates\Employee Letters\Glenn Stout Termination
Letter 11-9-04.doc

Pursuing Excellence In Construction              EXHIBIT  2
                                                 PAGE 4 OF 4

Christine V. Williams, Esq.
Oles Morrison Rinker & Baker LLP
745 West Fourth Avenue, Suite 502
Anchorage, AK  99501-2136
Telephone:  (907) 258-0106
Facsimile:  (907) 258-5519

Attorneys for Defendants North Star
Paving and Construction, Inc., Ken
Griner, Steve Foster, and Jack Foster

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

GLENN STOUT,                    )
                                )
            Plaintiff,          )
                                )
       vs.                      )
                                )
NORTH STAR PAVING AND           )
CONSTRUCTION, INC., KEN         )
GRINER, STEVE FOSTER,           )
and JACK FOSTER,                )       Case No.   3AN-05-6199 CI
                                )
            Defendants.         )
_____)

AFFIDAVIT OF KEN GRINER

STATE OF ALASKA             )
                            )ss:
THIRD JUDICIAL DISTRICT     )

       KEN GRINER, being first duly sworn upon oath, deposes

and states as follows:

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

1.    I am the Executive Vice-President and General Manager of North Star Paving and Construction, Inc. ("North Star") and I have personal knowledge of the facts stated herein. I am over the age of 21 and in all ways competent to make this affidavit.  If called, I could testify to the following based upon my personal knowledge.

2.    In 2004, North Star f/k/a Foster Construction underwent a major reorganization.  During the reorganization, the company terminated employees.

3.    On November 9, 2004, at approximately 10:00a.m., the plaintiff came into my office and we had a meeting.  It was during this meeting that I gave the plaintiff the termination letter, dated the same day.  According to the letter, which is attached to this affidavit, the termination was to take effect November 20, 2004.

4.    After receiving his termination letter, the plaintiff had a meeting another employee and then left the North Star property.

*Glenn Stout v. North Star Paving and Construction, Inc.*
Affidavit of Ken Griner                                    Page 2 of 4

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

5.    On or about November 13, 2004, to the best of my knowledge, the plaintiff left Alaska.  The plaintiff did not leave any contact information.

6.    North Star and its employees are based out of Soldotna, Alaska.  Witnesses that will be called in this matter are also in the Soldotna area.

Ken Griner

SUBSCRIBED and SWORN to before me this 1ST day of April, 2005.

Notary Public in and for Alaska
My commission expires: 1/26/08

1

<u>Certificate of Service</u>

2

I hereby certify that on this
5th day of April, 2005, a true
and correct copy of the foregoing
was ☑ mailed / ☐ hand delivered
to:

3

4

5

6    Timothy Seaver, Esq.
     Law Offices of Seaver & Wagner, LLC
7    421 West First Avenue, Suite 250
     Anchorage, AK  99501

8
     OLES MORRISON RINKER & BAKER LLP
9

10   By: _Deneen Tuck_____
          Deneen Tuck

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

1
2
3
4

Christine V. Williams, Esq.
Oles Morrison Rinker & Baker LLP
745 West Fourth Avenue, Suite 502
Anchorage, AK  99501-2136
Telephone:  (907) 258-0106
Facsimile:  (907) 258-5519

5
6

Attorneys for Defendants North Star
Paving and Construction, Inc., Ken
Griner, Steve Foster, and Jack Foster

7

8                    IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

9                       THIRD JUDICIAL DISTRICT AT ANCHORAGE

10   GLENN STOUT,                        )
                                         )
11            Plaintiff,                 )
                                         )
12        vs.                            )
                                         )
13   NORTH STAR PAVING AND               )
     CONSTRUCTION, INC., KEN             )
14   GRINER, STEVE FOSTER,               )
     and JACK FOSTER,                    )     Case No.   3AN-05-6199 CI
15                                       )
              Defendants.               )
16   _____)

17

18                   ORDER REGARDING CHANGE OF VENUE

19

20            Upon review of all pleadings in the above-captioned

21   matter regarding the Motion to Change Venue,

22

23            IT IS HEREBY ORDERED:  This case shall be transferred

24   to Kenai.

25

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106  Fax: (907) 258-5519

Dated: April _____, 2005

_____
Honorable Peter Michalski
Superior Court Judge

## Certificate of Service

I hereby certify that on this 5th day of April, 2005, a true and correct copy of the foregoing was ☑ mailed / ☐ hand delivered to:

Timothy Seaver, Esq.
Law Offices of Seaver & Wagner, LLC
421 West First Avenue, Suite 250
Anchorage, AK  99501

OLES MORRISON RINKER & BAKER LLP

By: _Deneen Tuck_
    Deneen Tuck

10096/10/pleading/04cvwordvenue

*Glenn Stout v. North Star Paving & Construction, Inc.*
Order Regarding Change of Venue                    Page 2 of 2