RECEIVED
APR 19 2005
Clerk & B, Anc.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| GLENN STOUT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NORTH STAR PAVING & )<br>CONSTRUCTION, INC., KEN )<br>GRINER, STEVE FOSTER, and )<br>JACK FOSTER, )<br>)<br>Defendants. )<br>_____ ) | Case No. 3AN-05-6199 CI |

## NOTICE OF FILING UNSIGNED AFFIDAVIT

Plaintiff, Glenn Stout, through his attorneys hereby gives notice of filing his unsigned affidavit in support of Opposition to Defendants' Motion for Change of Venue.

DATED this 18th day of April, 2005 at Anchorage, Alaska.

SEAVER & WAGNER, LLC

Attorneys for Plaintiff

By: _____
Timothy W. Seaver
ABA #9711092

Certificate of Service
The undersigned certifies that the foregoing
Notice was served by mail
on this 18 day of April, 2004.

Christine Williams
Oles Morrison Rinker & Baker LLP
745 W. 4th Avenue, Suite 502
Anchorage, AK 99501

_____
Connie Jenkins

LAW OFFICES OF
SEAVER & WAGNER, LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033