*CC: Ken*

**DOCKETED**

Due Date _____

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

NO ACTION NECESSARY

## THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| GLENN STOUT, ) | |
| ) | |
| Plaintiff, ) | RECEIVED |
| vs. ) | |
| ) | MAY - 2 2005 |
| NORTH STAR PAVING & ) | |
| CONSTRUCTION, INC., KEN ) | OMR & B, Anc. |
| GRINER, STEVE FOSTER, and ) | |
| JACK FOSTER, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. 3AN-05-6199 CI |

### NOTICE OF FILING SIGNED AFFIDAVIT

Plaintiff, Glenn Stout, through his attorneys hereby gives notice of filing his

signed affidavit in support of Opposition to Defendant's Motion for Change of Venue.

This affidavit should replace the unsigned affidavit filed with the Plaintiff's Opposition.

DATED this 29th day of April, 2005 at Anchorage, Alaska.

SEAVER & WAGNER, LLC

Attorneys for Plaintiff

By: _____
Timothy W. Seaver
ABA #9711092

Certificate of Service
The undersigned certifies that the foregoing
Notice was served by mail
on this 29 day of April, 2005.
Christine Williams
Oles Morrison Rinker & Baker LLP
745 W. 4th Avenue, Suite 502
Anchorage, AK 99501

_____
Connie Jenkins

LAW OFFICES OF
SEAVER & WAGNER,
LLC

421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

## THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| GLENN STOUT, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| NORTH STAR PAVING & ) | |
| CONSTRUCTION, INC., KEN ) | |
| GRINER, STEVE FOSTER, and ) | |
| JACK FOSTER, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. 3AN-05-6199 CI |

### AFFIDAVIT OF GLENN STOUT

Glenn Stout, first being sworn on oath, deposes and states as follows:

1.      During the period relevant to my complaint, I spent the substantial majority of my time on three construction projects.  Two of those projects were located in Anchorage, and one was in Seward.

2.      Other than myself, the persons with the most extensive knowledge of my actual work duties and the amount of time I spent performing those duties are the inspectors assigned by the Municipality of Anchorage and the State of Alaska, respectively, to inspect the progress of the projects.  These inspectors are Demetria McCullough, Rod Sanborn, and Greg Hodge. These witnesses were required under the various contracts to be present at all times at which work was performed on the contracts.

3.      Each of these three witnesses is based in the Anchorage area. They have personal knowledge that I spent substantially more than 20 percent of my time

LAW OFFICES OF
SEAVER & WAGNER,
LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

performing manual/operator duties.  They also have knowledge that I was present at the various work sites to which they were assigned for substantially more than 8 hours per day and 40 hours per week.

DATED this *26* day of April, 2005 at Anchorage, Alaska.



Glenn Stout

STATE OF ~~ALASKA~~ Nevada        )
                                                   )ss
THIRD JUDICIAL DISTRICT          )

> ANGELIQUE A. ROJO
> NOTARY PUBLIC
> STATE OF NEVADA
> APPT. No 05-94758-1
> MY APPT. EXPIRES DEC. 14, 2008

SUBSCRIBED  AND  SWORN  TO  or  AFFIRMED  before  me  on  this *26* day of April, 2005 at Anchorage, Alaska.

Notary Public
My commission expires *Dec 14 2008*

LAW OFFICES OF
SEAVER & WAGNER,
LLC

421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

Affidavit of Glenn Stout
Case No.3AN-05-6199 Civil
Page 2 of 2