**DOCKETED**
Due Date_____
☒ NO ACTION NECESSARY

RECEIVED
MAY 0 3 2005
OMR & B, Anc.

APR 0 5 2005

Christine V. Williams, Esq.
Oles Morrison Rinker & Baker LLP
745 West Fourth Avenue, Suite 502
Anchorage, AK  99501-2136
Telephone:  (907) 258-0106
Facsimile:  (907) 258-5519

Attorneys for Defendants North Star
Paving and Construction, Inc., Ken
Griner, Steve Foster, and Jack Foster

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| GLENN STOUT, <br><br> Plaintiff, <br><br> vs. <br><br> NORTH STAR PAVING AND CONSTRUCTION, INC., KEN GRINER, STEVE FOSTER, and JACK FOSTER, <br><br> Defendants. | Case No.  3AN-05-6199 CI |

### ORDER REGARDING CHANGE OF VENUE

Upon review of all pleadings in the above-captioned matter regarding the Motion to Change Venue,

IT IS HEREBY ORDERED:  This case shall be transferred to Kenai.

Dated: April 29th, 2005

_____
Honorable Peter Michalski
Superior Court Judge

4/29/05

addresses of record: T. Seaver
C. Williams

Admin Assistant

### Certificate of Service

I hereby certify that on this 5th day of April, 2005, a true and correct copy of the foregoing was ☒ mailed / ☐ hand delivered to:

Timothy Seaver, Esq.
Law Offices of Seaver & Wagner, LLC
421 West First Avenue, Suite 250
Anchorage, AK  99501

OLES MORRISON RINKER & BAKER LLP

By: _Deneen Tuck_
    Deneen Tuck

10096/10/pleading/04cvwordvenue

*Glenn Stout v. North Star Paving & Construction, Inc.*
Order Regarding Change of Venue