RECEIVED

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA

MAY 23 2005

AT _____KENAI_____

OMR & B, Anc.

NOTICE OF CHANGE OF CASE NUMBER
AFTER CHANGE OF VENUE
AND
ASSIGNMENT OF JUDGE

To:    Clerk of Court or Magistrate at ___ANCHORAGE_____, Alaska.

We have received your case file and change of venue order in your case number

____3AN-05-6199 CI._____, entitled___GLENN STOUT_____

V. _NORTH STAR PAVING AND CONSTRUCTION ET AL_____

The venue of this case is now _____KENAI_____, Alaska.

The new case number is ___3KN-05-349 CI_____.

All documents filed in this case in the future should contain the new case number.

☐    The case remains assigned to Judge/Magistrate _____.

☒    By authority of the Presiding Judge of this district, this case is now reassigned to

Judge/Magistrate ___CHARLES T. HUGUELET_____.

___5/19/05___                    ___Shawna P Munn___
Date                             Clerk

Distribution of Copies:

    1.    To original court.
    2.    To remain with new court.
    3.    To plaintiff's attorney.
    4.    To defendant's attorney.

TF-910 (10/87)(st.4)
NOTICE OF CHANGE OF CASE NUMBER
AND ASSIGNMENT OF JUDGE