RECEIVED
MAY 27 2005
PATTON BOGGS LLP

IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KENAI

GLENN STOUT, )
)
Plaintiff, )
)
vs. )
)
NORTH STAR PAVING AND )
CONSTRUCTION, INC., KEN GRINER, )
STEVE FOSTER, and JACK FOSTER, )
)
Defendants. )
)

FILED in Trial Courts
State of Alaska, Third District
at KENAI, ALASKA
MAY 25 2005 copy
Clerk of the Trial Courts
By_____Deputy

Case No. 3KN-05-349 CI

## NOTICE OF SUBSTITUTION

PLEASE TAKE NOTICE of the substitution of law firm and change of address for Christine V. Williams, counsel for defendants. Ms. Williams was formerly at Oles Morrison Rinker & Baker LLP. Ms. Williams' new address, telephone and facsimile numbers are as follows:

    Christine V. Williams
    PATTON BOGGS LLP
    601 West Fifth Avenue, Suite 700
    Anchorage, Alaska 99501
    Telephone:  (907) 263-6300
    Facsimile:  (907) 263-6345

PATTON BOGGS
LLP
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

42876v1

DATED at Anchorage, Alaska this 24 day of May, 2005.

Counsel for All Defendants

*/s/ Christine V/W*

Michael D. White
Alaska Bar No. 8611144
Christine V. Williams
Alaska Bar No. 0204007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of May, 2005, I caused a true and correct copy of the foregoing document to be served via:

☒ US Mail   ☐ Fax   ☐ Hand-Delivery

on:

Fax: 276.8238
Timothy Seaver, Esq.
Seaver & Wagner, LLC
421 West 1st Avenue, Suite 250
Anchorage AK 99501

By: *Marcia Hill*
Legal Secretary/Assistant
PATTON BOGGS LLP

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

NOTICE OF SUBSTITUTION
CASE NO. 3AN-05-6199CI
Page 2 of 2