IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KENAI

RECEIVED
JUL 2 1 2005

| | |
|---|---|
| GLENN STOUT, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 3KN-05-349 CI |
| ) | |
| NORTH STAR PAVING and, ) | |
| CONSTRUCTION, INC., KEN GRINER, ) | |
| STEVE FOSTER AND JACK FOSTER, ) | **NOTICE OF PRETRIAL** |
| ) | **SCHEDULING CONFERENCE** |
| Defendant(s). ) | |

To: Attorneys and Unrepresented Parties
The Pretrial Scheduling Conference in the above-entitled case will be held:
Date and time: **August 25, 2005** at **1:30 p.m.** before Judge **Charles T. Huguelet**;
Court location: 125 Trading Bay Drive, Suite 100, Kenai, AK 99611.

At least one of the attorneys for each party participating in this conference must have authority to enter into stipulations and to make admissions regarding all matters that the participants reasonably anticipate may be discussed. Civil Rule 16(c).

Please be aware of the following deadlines:

1. The meeting of the parties required by Civil Rule 26(f) must be held at least 14 calendar days before the above date. All attorneys and represented parties are jointly responsible for arranging and attending the meeting and for attempting in good faith to agree on a proposed discovery plan.

2. Within 10 calendar days after the meeting, you must:
   a. submit to the court a written report outlining the proposed discovery plan (addressing the matters listed in Civil Rule 26(f)); and
   b. complete the initial disclosures required by Civil Rule 26(a);
   c. page "1" of the court's Civil Pretrial Order is attached to this notice. The parties are encouraged to "fill in the blanks" on page "1" as part of their report to the court. Great deference will be given to dates that are agreed to by the parties.

Any attorney or party may appear telephonically at their own expense. Arrangements for telephonic appearances can be arranged directly with judge's chambers at (907) 283-8506.

Dated at Kenai, Alaska this 15th day of July, 2005.

CERTIFICATION OF DISTRIBUTION
I certify that a copy of the foregoing was mailed to the following at their addresses of record. Seaver Williams
7/20/05    ACC
DATE      CLERK

CHARLES T. HUGUELET
SUPERIOR COURT JUDGE

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KENAI

|  |  |
|---|---|
| Plaintiff(s),<br><br>vs.<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO._____<br>)<br>) PRETRIAL SCHEDULING ORDER<br>)      CIVIL COURT TRIAL |

      This Case is Assigned to: __Judge Charles T. Huguelet__

      Trial Will be Held in: __Kenai, Alaska__

1.  Dates.    Trial to Commence: __Week of_____ for___ days__

     Trial Setting Conference:_____ at _____ __.m.

  Motions to Amend Pleadings/Join Parties:_____

    Disclosure of Expert Witnesses:_____

 Disclosure of Expert Witness(es)' Reports:_____

    Supplementation of Disclosures:_____See paragraph 6_____

      Close of Discovery:_____

     Preliminary Witness List:_____

       Final Witness List:_____

  Object. to Deposition/Telephonic Test:_____

      Dispositive Motions:_____

      Discovery Motions:_____

      Motions *In Limine*:_____

        Trial Brief:_____

     Exchange of Exhibits:_____

     Objections to Exhibits:_____

Request for Mediation/Settlement Conf.:_____