RECEIVED AUG 11 2005 PATTON BOGGS LLP

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT KENAI

FILED in Trial Courts
State of Alaska, Third District
at KENAI, ALASKA
AUG 9 2005
Clerk of the Trial Courts
By _____ Deputy

GLENN STOUT, )
 )
          Plaintiff(s), )
vs. )
 )
NORTH STAR PAVING & )
CONSTRUCTION, INC., KEN )
GRINER, STEVE FOSTER, AND )
JACK FOSTER, )     CASE NO. 3KN-05-349 Civil
          Defendant(s). )
 )     REPORT OF PARTIES' PLANNING
                MEETING

Pretrial Scheduling Conference date: __August 25, 2005__ Judge assigned: __Judge Huguelet__

Type of action: __Claims for unpaid wages and for unpaid overtime.__

The parties' planning meeting was held __August 3, 2005__ and attended by:
__Timothy Seaver__ for __Glenn Stout__
__Christine Williams__ for __North Star Paving., et al.__
_____ for _____

1. **Issues.** Preliminary joint statement of issues: (Include separate statements where parties disagree.) __Plaintiff claims that he is entitled to overtime and other wages for which he was not paid. Defendant denies Plaintiff is entitled to any additional compensation.__

2. **Initial Disclosures.** The initial disclosures required by Civil Rule 26(a)(1)
   ☐ have been exchanged   ☒ will be exchanged by __September 23, 2005__

   The parties agree that supplementations under Rule 26(e) will be due at the following times or intervals: __60 days__

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

   a. **Subjects.** Brief description of subjects on which discovery will be needed:
      __Plaintiff duties and activities__
      __Plaintiff's actual hours worked__

   b. **Deadline.** All discovery must be commenced in time to be completed by __16 weeks prior to trial__ except that discovery on the following issues must be completed by the dates shown.

   | Issues for Early Discovery | Deadline for Completion |
   |---|---|
   | Non expert witnesses | 12 weeks prior to trial |
   | Expert Witnesses depositions | 8 weeks prior to trial |

Page 1 of 4
CIV-203 (2/03)(cs)
REPORT OF PARTIES' PLANNING MEETING                    Civil Rules 26(f) and 16(b)

c. **Limits.**

(1) <u>Interrogatories</u>. Civil Rule 33(a) allows each party to serve a maximum of 30 interrogatories upon any other party. Responses are due 30 days after service. The parties stipulate to the following changes in these limits:
☒ No change.
☐ Maximum of _____ interrogatories.
☐ Responses due _____ days after service.

(2) <u>Requests for Admission</u>. Civil Rule 36 does not limit the number of requests for admission that each party may serve. Responses are due 30 days after service. The parties stipulate to the following changes:
☒ No change.
☐ Maximum of _____ requests for admission.
☐ Responses due _____ days after service.

(3) <u>Depositions</u>. Civil Rule 30(a) allows each side to depose the following persons as a matter of right: other parties; independent experts expected to be called at trial; treating physicians; document custodians; and any three other persons. The depositions of a party, expert witness, or treating physician may not exceed six hours. Other depositions may not exceed three hours. Civil Rule 30(d)(2). The parties stipulate to the following changes in these limits:
☒ No change.
☐ _____ may depose the following additional witnesses:
_____
☐ Deposition of _____ not to exceed _____ hours.

d. **Other Provisions of Discovery Plan.** _____
_____
_____

4. **Trial.**

a. Complete either (1) or (2). (You must tell the judge when the case will be ready for trial or for a trial setting conference. Civil Rule 16(b)(1)(G).)

(1) The case will be ready for trial by October 2006

Estimated trial time ("Trial time" for any party includes the party's opening statement, closing argument, and direct and cross-examination of all witnesses.):

Plaintiff(s)  3  days
Defendant(s) 2  days
Other parties ___ days

    (2)    Trial cannot be scheduled now because _____

The case will be ready for a trial setting conference by <u>September 2005</u>

  b.  Jury trial  ☐ requested  ☒ not requested  ☐ disputed. Explain: _____

5. **Proposed Pretrial Deadlines.**

|   | Plaintiff(s) | Defendant(s) |
|---|---|---|
| a. Joinder of parties | Within 30 days of Pretrial order | |
| b. Amendment of pleadings | Within 30 days of Pretrial order | |
| c. Preliminary witness lists | 22 weeks prior to trial | |
| d. Expert witness lists under Rule 26(a)(2)(A) | 22 weeks prior to trial | |
| e. Expert reports under Rule 26(a)(2)(B) | | |
| f. Dispositive motions | 12 weeks prior to trial | |
| g. Other motions | 4 weeks prior to trial | |
| h. Final witness lists under Rule 26(a)(3) | 3 weeks prior to trial | |
| i. Final exhibit lists under Rule 26(a)(3) | 3 weeks prior to trial | |

  j.  Objections under Rule 26(a)(3): __14__ days after disclosure of relevant list.

6. **Settlement.**

  a. The parties have discussed the possibilities for a prompt settlement or resolution of the case, including the following alternative dispute resolution procedures (check all that apply):

    ☒ settlement conference
    ☐ mediation
    ☐ non-binding arbitration
    ☐ other: _____

  Comments: _____

  b. Settlement Conference.

    ☐ The parties request a settlement conference.
    ☐ The parties agree that the deadline for requesting a settlement conference will be: _____
    ☐ Other: _____

  c. Mediation.

    ☐ The parties request appointment of a mediator under Civil Rule 100.
    ☐ The parties agree that the deadline for requesting appointment of a mediator will be: _____
    ☐ Other: _____

7. **Pretrial Scheduling Conference.** The parties ☒ waive ☐ do not waive a conference with the court before entry of the scheduling order. (Note: The judge may hold a pretrial scheduling conference notwithstanding the parties' waiver. Parties should plan to attend the conference unless otherwise notified by the court.)

8. **Other Orders.** (List any other orders that should be entered by the court under Rule 26(c) (protective orders) or Rule 16(b) and (c) (pretrial orders).) _____

_____
_____
_____
_____
_____

8/3/05
Date

_____
Signature of Attorney/~~Unrepresented Party~~

Timothy Seaver, Esq.
Type or Print Name

Representing   Glenn Stout

8/8/05
Date

_____
Signature of Attorney/~~Unrepresented Party~~

Christine Williams
Type or Print Name

Representing   North Star Paving

_____
Date

_____
Signature of Attorney/Unrepresented Party

_____
Type or Print Name

Representing _____

**Instructions:** Attorneys of record and unrepresented parties are jointly responsible for attempting in good faith to agree on a proposed discovery plan and for submitting to the court within 10 days after the meeting a written report outlining the plan. Civil Rule 26(f).