RECEIVED
NOV 2 1 2005
PATTON BOGGS LLP

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KENAI

| | |
|---|---|
| GLENN STOUT,<br><br>        Plaintiff,<br><br>vs.<br><br>NORTH STAR PAVING AND CONSTRUCTION, INC., KEN GRINER, STEVE FOSTER, and JACK FOSTER,<br><br>        Defendants. | FILED in Trial Courts<br>State of Alaska, Third District<br>at KENAI, ALASKA<br>NOV - 4 2005<br>Clerk of the Trial Courts<br>By _____ Deputy<br><br>Case No. 3KN-05-349 CI |

## STIPULATION FOR STAY

The parties in this case are attempting to settle this case through independent mediation. Due to the plaintiff's work schedule and other commitments, the earliest date that the parties are available for that mediation is March of 2006. To save the Court and the parties time and expense while awaiting that mediation, the parties stipulate to suspend all pretrial deadlines.

The parties are also aware that primary counsel on this matter for the defendants, Christine Williams, will be on scheduled leave likely beginning in late April for a period of six to ten weeks. The parties are attempting to resolve this matter before that leave begins.

The parties will submit a status report and/or a new pretrial schedule to the Court approximately two weeks after the mediation has occurred.

PATTON BOGGS LLP
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

45831v1

DATED at Anchorage, Alaska this 1st day of ~~October~~ November, 2005.

        Counsel for All Defendants

*[signature]*
_____
Christine V. Williams
Alaska Bar No. 0204007
Michael D. White
Alaska Bar No. 8611144

DATED at Anchorage, Alaska this 31st day of October, 2005.

        Counsel for Plaintiff

*[signature]*
_____
Timothy Seaver
Alaska Bar No. 9711092

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

STIPULATION FOR STAY
*Stout v North Star Paving and Construction*
CASE NO. 3KN-05-349 CI
Page 2 of 3

45831v1

# ORDER

IT IS HEREBY ORDERED that all pretrial deadlines in this matter are stayed until mediation. Two weeks after the mediation has occurred in this matter, the parties will advise this Court as to whether the mediation was successful and/or submit new pretrial deadlines.

_____
Honorable C. Huguelet
Kenai Superior Court Judge

11-8-2005

---

**CERTIFICATE OF SERVICE**

I hereby certify that on the __1__ day of ~~October~~ Nov., 2005, I caused a true and correct copy of the foregoing document to be served via:

☒ US Mail  ☐ Fax  ☐ Hand-Delivery

on:

Timothy Seaver, Esq.
Seaver & Wagner, LLC
421 West 1st Avenue, Suite 250
Anchorage AK 99501

By: _Marcia Hill_
Legal Secretary/Assistant
PATTON BOGGS LLP

---

CERTIFICATION OF DISTRIBUTION
I certify that a copy of the foregoing was mailed to the following at their addresses of record.

11/17   SB
DATE   CLERK

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

STIPULATION FOR STAY
*Stout v North Star Paving and Construction*
CASE NO. 3KN-05-349 CI
Page 3 of 3

45831v1