RECEIVED
MAR 2 9 2006
PATTON BOGGS LLP

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KENAI

| | |
|---|---|
| GLENN STOUT, ) | FILED in Trial Courts |
| ) | State of Alaska, Third District |
| Plaintiff, ) | at KENAI, ALASKA |
| ) | MAR 28 2006 |
| vs. ) | Clerk of the Trial Courts |
| ) | By _____ Deputy |
| NORTH STAR PAVING AND ) | |
| CONSTRUCTION, INC., KEN GRINER, ) | |
| STEVE FOSTER, and JACK FOSTER, ) | |
| ) | Case No. 3KN-05-349 CI |
| Defendants. ) | |

## STATUS NOTICE AND REQUEST FOR PRETRIAL DEADLINES AND TRIAL DATE

Defendants request that this Court set new pretrial deadlines and trial date because of the facts set forth below.

On March 13, 2006, defendants served on this Court a status notice and request for new pretrial deadlines and a new trial date. In that request, defendants asked for an extension on the discovery served on defendants until primary counsel returned from leave.

Primary counsel for defendants, Christine V. Williams, asked for that extension because she was undergoing complications relating to a pregnancy and hospitalization could have occurred at any time, requiring an immediate cessation of work. (Because of

PATTON BOGGS
LLP
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

that condition and doctor's orders, Ms. Williams was already on a modified work schedule.)

Ms. Williams' condition did not deteriorate and she was able to continue her modified work schedule. Between the time of the first status report and request and now, Ms. Williams was able to complete the plaintiff's requested discovery responses. This included the following: (1) North Star's initial disclosures; (2) North Star's responses to Stout's interrogatories and requests for production; and (3) North Star's responses to Stout's requests for admissions. Ms. Williams arranged that any further documentation that the plaintiff requested be available for inspection and copying during her absence. This completion alleviates the need for this Court's order regarding an extension of time on that discovery.

Defendants continue to request that this Court adopt the pretrial schedule and trial date as set forth in Exhibit A to the original request. A modified order reflecting the current discovery state and the current request is attached.

PATTON BOGGS LLP
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

STATUS NOTICE AND REQUEST FOR PRETRIAL DEADLINES AND TRIAL DATE
*Stout v. North Star Paving and Construction et al.*
Case No. 3KN-05-349 CI
Page 2 of 3

DATED at Anchorage, Alaska this 24th day of March, 2006.

PATTON BOGGS LLP
Counsel for All Defendants

By: _____
Christine V. Williams
Alaska Bar No. 0204007
Michael D. White
Alaska Bar No. 8611144

### CERTIFICATE OF SERVICE

I hereby certify that on the 24 day of March, 2006, I caused a true and correct copy of the foregoing document to be served via:

☐ US Mail  ☐ Fax  ☒ Hand-Delivery
on:

Fax: 276.8238
Timothy Seaver, Esq.
Seaver & Wagner, LLC
421 West 1st Avenue, Suite 250
Anchorage AK 99501

By: _____
Legal Secretary/Assistant
PATTON BOGGS LLP

PATTON BOGGS LLP
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

STATUS NOTICE AND REQUEST FOR PRETRIAL DEADLINES AND TRIAL DATE
*Stout v. North Star Paving and Construction et al.*
Case No. 3KN-05-349 CI
Page 3 of 3
47995v1

RECEIVED
MAR 2 9 2006
PATTON BOGGS LLP

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KENAI

| | |
|---|---|
| GLENN STOUT,<br><br>  Plaintiff,<br><br>vs.<br><br>NORTH STAR PAVING AND CONSTRUCTION, INC., KEN GRINER, STEVE FOSTER, and JACK FOSTER,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

MAR 28 2006
copy

Case No. 3KN-05-349 CI

### [PROPOSED] ORDER

This Court has reviewed the Status Report and Request for Pretrial Deadlines, hereby adopts the deadlines as set forth in the attached Exhibit A.

DATED: _____    _____
                           Honorable Charles Huguelet
                           Superior Court Judge

PATTON BOGGS LLP
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

[PROPOSED] ORDER REGARDING STATUS REPORT AND REQUEST FOR STAY
*Stout v. North Star Paving and Construction et al*
CASE NO. 3kn-05-349 CI
PAGE 1
47997v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2006, I caused a true and correct copy of the foregoing document to be served via:

☐ US Mail   ☐ Fax   ☒ Hand-Delivery

on:

Fax: 276.8238
Timothy Seaver, Esq.
Seaver & Wagner, LLC
421 West 1st Avenue, Suite 250
Anchorage AK 99501

By: _Marcia Hell_
Legal Secretary/Assistant
PATTON BOGGS LLP

PATTON BOGGS LLP
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

[PROPOSED] ORDER REGARDING STATUS REPORT AND REQUEST FOR STAY
*Stout v. North Star Paving and Construction et al*
CASE NO. 3kn-05-349 CI
PAGE 2
47997v1