RECEIVED
MAR 2 8 2006
H.D. 2:00pm
PATTON BOGGS LLP

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

### THIRD JUDICIAL DISTRICT AT KENAI

GLENN STOUT, )
)
           Plaintiff, )
vs. )
)
NORTH STAR PAVING & )
CONSTRUCTION, INC., KEN )
GRINER, STEVE FOSTER, and )
JACK FOSTER, )
)
           Defendants. )
_____ )   Case No. 3KN-05-349 CI

### CERTIFICATE OF SERVICE

The undersigns certifies the Plaintiff's Opposition to Request for Trial Date and proposed Order were re-served by hand on the following counsel of record on this <u>28th</u> day of March, 2006. This certificate is necessary because the Opposition was inadvertently served to Defendant's counsel's prior law firm.

    Christine Williams
    Patton Boggs
    601 W. 5th Avenue, Suite 700
    Anchorage, AK  99501

_____
Connie Jenkins

<u>Certificate of Service</u>
The undersigned certifies that the foregoing document was served by hand on this 28 day of March, 2006.

Christine Williams
Patton Boggs LLP
601 W. 5th Ave., Suite 700
Anchorage, AK  99501

_____
Connie Jenkins

LAW OFFICES OF
BEAVER & WAGNER, LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033