

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

## THIRD JUDICIAL DISTRICT AT KENAI

GLENN STOUT,                          )
                                      )
      Plaintiff,                     )
                                      )
vs.                                   )
                                      )
NORTH STAR PAVING AND                 )
CONSTRUCTION, INC., KEN GRINER,       )
STEVE FOSTER, and JACK FOSTER,        )
                                      )
      Defendants.                    )
                                      )

Case No. 3KN-05-349 CI

FILED IN THE TRIAL COURTS
STATE OF ALASKA THIRD DISTRICT
AT KENAI ALASKA

APR - 4 2006

CLERK OF THE TRIAL COURTS
BY _____ DEPUTY

## NON-OPPOSITION TO MOTION FOR
## LEAVE TO FILE AMENDED COMPLAINT

    Defendants North Star Paving & Construction, Inc., Ken Griner, Steve Foster and Jack Foster, by and through their counsel of record, Patton Boggs LLP, do not oppose Plaintiff's Motion for Leave to File Amended Complaint filed on March 28, 2006.

    DATED at Anchorage, Alaska this 3ᵉⁿ day of April, 2006.

                        Counsel for All Defendants

                        By: _____
                           Christine V. Williams
                           Alaska Bar No. 0204007
                           Michael D. White
                           Alaska Bar No. 8611144

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

48092v1

## CERTIFICATE OF SERVICE

I hereby certify that on the ___3rd___ day of April, 2006, I caused a true and correct copy of the foregoing document to be served via:

☑US Mail  ☐Fax  ☐ Hand-Delivery

on:

Fax: 276.8238
Timothy Seaver, Esq.
Seaver & Wagner, LLC
421 West 1st Avenue, Suite 250
Anchorage AK 99501

By: _Marcia Hiel_

Legal Secretary/Assistant
PATTON BOGGS LLP

**PATTON BOGGS
LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK  99501
Phone:  (907) 263-6300
Fax:  (907) 263-6345

NONOPPOSITION TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT
CASE NO. 3AN-05-6199CI
PAGE 2
48092v1