RECEIVED
APR 1 0 2006
PATTON BOGGS LLP

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KENAI

GLENN STOUT, )
)
        Plaintiff, )
vs. )
)
NORTH STAR PAVING & )
CONSTRUCTION, INC., KEN )
GRINER, STEVE FOSTER, and )
JACK FOSTER, )
)
        Defendants. )
_____ )   Case No. 3KN-05-349 CI

MAR 3 0 2006

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for Leave to File First Amended Complaint and any opposition filed thereto,

IT IS ORDERED THAT Plaintiff's motion is GRANTED;

IT IS FURTHER ORDERED THAT Plaintiff's First Amended Complaint is accepted as filed. Defendants shall answer the First Amended Complaint within 10 days of distribution of this Order.

DATED this 5th day of April, 2006, at Kenai, Alaska.

_____
Judge Charles T. Huguelet
Superior Court Judge

Certificate of Service
The undersigned certifies that the foregoing was served by hand on this ___ day of March, 2006.

Christine Williams
Patton Boggs LLP
601 W. 5th Ave., Suite 700
Anchorage, AK 99501

Connie Jenkins

LAW OFFICES OF
SEAVER & WAGNER,
LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

CERTIFICATION OF DISTRIBUTION
I certify that a copy of the foregoing was mailed/faxed to the following at their address of record: Seaver Williams
Date: 4/7/06   Clerk: tv M