IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KENAI

| | | |
|---|---|---|
| GLENN STOUT,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH STAR PAVING &, CONSTRUCTION, INC., KEN GRINER, STEVE FOSTER, and JACK FOSTER,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. |

RECEIVED
APR 1 1 2006
fax 1308
PATTON BOGGS LLP

**ORDER SETTING STATUS HEARING**

It is ORDERED that a Status Hearing is set for 5-4-06 @ 1:30 pm.

Counsel may appear telephonically after providing the court with appropriate contact information.

Dated at Kenai, Alaska this 11th day of April, 2006.

CERTIFICATION OF DISTRIBUTION
I certify that a copy of the foregoing was mailed/faxed to the following at their address of record: _____
Date: 4-12-06   Clerk: ___

_____
CHARLES T. HUGUELET
SUPERIOR COURT JUDGE