Christine V. Williams
Michael D. White
Patton Boggs LLP
601 West 5th Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 263-6300
Facsimile: (907) 263-6345

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GLENN STOUT, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>NORTH STAR PAVING AND )<br>CONSTRUCTION, INC., KEN GRINER, )<br>STEVE FOSTER, AND JACK FOSTER, )<br>)<br>    Defendants. ) | Case No. A06-_____ CV (---) |

### DEMAND FOR JURY TRIAL

Defendants North Star Paving and Construction, Inc., Ken Griner, Steve Foster and Jack Foster, by and through their attorneys, Patton Boggs LLP, demand to have a jury trial in the above-entitled case.

DATED at Anchorage, Alaska this 12<u>th</u> day of April, 2006.

                              Counsel for All Defendants

                              By: s/ Michael D. White
                                  Christine V. Williams
                                  Alaska Bar Assoc. No. 0204007
                                  Michael D. White
                                  Alaska Bar Assoc. No. 8611144

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

48243v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of April, 2006, I caused a true and correct copy of the foregoing document to be served via:

☑ **US Mail**   ☐ Fax   ☐ Hand-Delivery

on:

Fax:  276.8238
Timothy Seaver, Esq.
Seaver & Wagner, LLC
421 West 1st Avenue, Suite 250
Anchorage AK 99501

By:   s/ Marcia Hill
       Marcia Hill, Legal Secretary
       PATTON BOGGS LLP

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK  99501
Phone:  (907) 263-6300
Fax:  (907) 263-6345

48243v1

DEMAND FOR JURY TRIAL
CASE NO. 3AN-05-6199CI
PAGE 2