Christine V. Williams
Michael D. White
Patton Boggs LLP
601 West 5th Avenue, Suite 700
Anchorage, Alaska 99501
Telephone:   (907) 263-6300
Facsimile:    (907) 263-6345

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GLENN STOUT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| NORTH STAR PAVING AND ) | |
| CONSTRUCTION, INC., KEN GRINER, ) | |
| STEVE FOSTER, AND JACK FOSTER, ) | Case No. 3:06-cv-00081-TMB |
| ) | |
| Defendants. ) | |

## ANSWER TO THE AMENDED COMPLAINT

North Star Paving and Construction, Inc., Ken Griner, Steve Foster and Jack Foster (collectively "North Star") by and through its attorneys, Patton Boggs LLP, and answers the plaintiff's Amended Complaint against North Star paragraph by paragraph as follows:

### Preliminary Statement

Any factual allegation admitted to herein is admitted only as to the specific fact in question, not as to any purported conclusions, characterizations, implications, or speculations contained therein or elsewhere in the Amended Complaint. Further, the

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK  99501
Phone:  (907) 263-6300
Fax:  (907) 263-6345

48245v1

denial of any factual allegation herein may not be construed as an admission of the negative of such allegation.

North Star denies each and every allegation contained in the Amended Complaint except as specifically admitted, qualified, or otherwise responded to herein. North Star and its counsel have begun to review and investigate the events and circumstances that are the subject of the Amended Complaint. That review and investigation is incomplete, and therefore North Star's Answer to the Amended Complaint is based upon presently available, incomplete information and belief. North Star reserves the right to amend its Answer to the Amended Complaint and defenses to the Amended Complaint if so warranted, in light of its continuing investigation and other potential discovery herein.

## Responses to Amended Complaint

### Jurisdiction

1. North Star admits the allegations contained in paragraph 1 of the Amended Complaint.

### Parties

2. North Star has insufficient information to form a belief as to the truth or falsity of the allegations that contained in paragraph 2 of the Amended Complaint and, therefore, denies the same.

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK  99501
Phone:  (907) 263-6300
Fax:  (907) 263-6345

ANSWER TO THE AMENDED COMPLAINT
*Stout v North Star Paving et al.*
Case No. 3:06-cv-00081-TMB
Page 2 of 8

48245v1

3.  North Star admits the allegations contained in paragraph 3 of the Amended Complaint.

4.  North Star admits the allegations contained in paragraph 4 of the Amended Complaint.

5.  North Star admits the allegations contained in paragraph 5 of the Amended Complaint.

6.  North Star admits the allegations contained in paragraph 6 of the Amended Complaint.

## Factual Allegations

7.  North Star admits the allegations contained in paragraph 7 of the Amended Complaint.

8.  North Star denies that Steve Foster is the current Secretary of North Star, or current shareholder.

9.  North Star North Star denies Jack Foster is the current President of North Star, but admits that Jack Foster is a shareholder.

10. North Star admits the allegations contained in paragraph 10 of the Amended Complaint.

11. North Star admits that Mr. Griner gave the plaintiff termination notice that would have been effective November 20, 2004.

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

ANSWER TO THE AMENDED COMPLAINT
*Stout v North Star Paving et al.*
Case No. 3:06-cv-00081-TMB
Page 3 of 8

48245v1

12. North Star admits the allegations contained in paragraph 12 of the Amended Complaint, if relevant the time period is the construction season 2003.

13. North Star admits the allegations contained in paragraph 13 of the Amended Complaint.

14. North Star denies the allegations contained in paragraph 14 of the Amended Complaint.

15. To the extent that paragraph 15 of the Amended Complaint requires an answer to the conclusions based on the assertions found in paragraph 14 of the Amended Complaint, North Star denies those allegations.

16. North Star denies the allegations contained in paragraph 16 of the Amended Complaint.

17. North Star denies the allegations contained in paragraph 17 of the Amended Complaint.

18. North Star admits Mr. Stout was entitled to payment through November 13, 2004.

## COUNT I
## Violation of the Alaska Wage and Hour Act

19. North Star realleges and reincorporates its answers set forth in paragraphs 1-18 above.

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK  99501
Phone:  (907) 263-6300
Fax:  (907) 263-6345

ANSWER TO THE AMENDED COMPLAINT
*Stout v North Star Paving et al.*
Case No. 3:06-cv-00081-TMB
Page 4 of 8

48245v1

20. North Star denies the allegations contained in paragraph 20 of the Amended Complaint.

21. North Star denies the allegations contained in paragraph 21 of the Amended Complaint.

22. North Star denies the allegations contained in paragraph 22 of the Amended Complaint.

23. North Star denies the allegations contained in paragraph 23 of the Amended Complaint.

## COUNT II
## Violation of AS 23.05.140

24. North Star realleges and reincorporates its answers set forth in paragraphs 1-23 above.

25. North Star admits the plaintiff quit on or about November 13, 2004.

26. Paragraph 26 is based on a legal conclusion and requires no answer, however, to the extent an answer is required, North Star denies the allegations contained in paragraph 26 of the Amended Complaint.

27. Paragraph 26 is based on a legal conclusion and requires no answer, however, to the extent an answer is required, North Star denies the allegations contained in paragraph 27 of the Amended Complaint.

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

ANSWER TO THE AMENDED COMPLAINT
*Stout v North Star Paving et al.*
Case No. 3:06-cv-00081-TMB
Page 5 of 8

48245v1

## COUNT III
## Violation of the Fair Labor Standards Act

28.     North Star realleges and reincorporates its answers set forth in paragraphs 1-27 above.

29.     North Star denies the allegations contained in paragraph 29 of the Amended Complaint.

30.     North Star denies the allegations contained in paragraph 30 of the Amended Complaint.

31.     North Star denies the allegations contained in paragraph 31 of the Amended Complaint.

32.     North Star denies the allegations contained in paragraph 32 of the Amended Complaint.

## Affirmative Defenses

1.     The plaintiff's action fails to state a claim for which relief can be granted against North Star;

2.     The plaintiff's damages, if any, result entirely from the actions of persons or parties other than North Star;

3.     The plaintiff's damages, if any, were caused, in whole or in part, by his own acts or omissions;

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

ANSWER TO THE AMENDED COMPLAINT
*Stout v North Star Paving et al.*
Case No. 3:06-cv-00081-TMB
Page 6 of 8

48245v1

4.  The plaintiff's claims are barred by the doctrines of waiver, estoppel, laches, and unclean hands;

5.  The alleged injuries of the plaintiff are not the result of any act or omission of North Star, nor the result of any breach of a duty by North Star; thus, the plaintiff may not recover damages from North Star; and

6.  North Star reserves the right to assert or plead other and additional affirmative defenses, cross-claims, and/or counterclaims following a reasonable period of discovery.

### Prayer for Relief

North Star, having answered and affirmatively plead to the plaintiff's Amended Complaint, prays as follows:

1.  That the plaintiff's Amended Complaint be dismissed with prejudice;

2.  That costs and attorney's fees incurred in defending this action be awarded to North Star; and

3.  For any other further relief be awarded to North Star that this Court deems appropriate.

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

ANSWER TO THE AMENDED COMPLAINT
*Stout v North Star Paving et al.*
Case No. 3:06-cv-00081-TMB
Page 7 of 8

48245v1

DATED this 13th day of April, 2006, at Anchorage, Alaska.

PATTON BOGGS LLP
Attorneys for Plaintiff
North Star Paving and Construction, Inc

By:    s/ Michael D. White
     Christine V. Williams
     Alaska Bar Assoc. No. 0204007
     Michael D. White
     Alaska Bar Assoc. No. 8611144

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of April, 2006, I caused a true and correct copy of the foregoing document to be served via:

☐ US Mail   ☑ **Electronically**   ☐ Hand-Delivery on:

**tseaver@seaverwagner.com**
    Timothy Seaver, Esq.
    Seaver & Wagner, LLC
    421 West 1st Avenue, Suite 250
    Anchorage AK 99501

By:    s/ Marcia Hill
     Marcia Hill, Legal Secretary
     PATTON BOGGS LLP

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

ANSWER TO THE AMENDED COMPLAINT
*Stout v North Star Paving et al.*
Case No. 3:06-cv-00081-TMB
Page 8 of 8

48245v1