Christine V. Williams, Esq.
Michael D. White, Esq.
Patton Boggs LLP
601 West 5th Avenue, Suite 700
Anchorage, Alaska 99501
Telephone:    (907) 263-6300
Facsimile:    (907) 263-6345

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GLENN STOUT, )<br><br>    Plaintiff, )<br><br>vs. )<br><br>NORTH STAR PAVING AND )<br>CONSTRUCTION, INC., KEN GRINER, )<br>STEVE FOSTER, AND JACK FOSTER, )<br><br>    Defendants. ) | Case No. 3:06-cv-81-TMB |

## <u>NOTICE REGARDING STATE COURT RECORD</u>

PLEASE TAKE NOTICE that defendants North Star Paving and Construction,

Inc., Ken Griner, Steve Foster and Jack Foster hereby file this notice, pursuant to the

Order at Docket 4, that the state superior court record was filed with this Court on April

12, 2006.  A list of each document filed in the superior court is attached hereto.

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK  99501
Phone:  (907) 263-6300
Fax:  (907) 263-6345

48507v1

DATED at Anchorage, Alaska this 25th day of April, 2006.

Counsel for All Defendants


By: _____s/ Michael D. White_____
Christine V. Williams
Alaska Bar Assoc. No. 0204007
Michael D. White
Alaska Bar Assoc. No. 8611144


### CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April, 2006, I caused a true and correct copy of the foregoing document to be served via:

☐US Mail  ☑ **Electronically**  ☐ Hand-Delivery on:

    **tseaver@seaverwagner.com**
      Timothy Seaver, Esq.
      Seaver & Wagner, LLC
      421 West 1st Avenue, Suite 250
      Anchorage AK 99501

By: _____s/ Marcia Hill_____
      Marcia Hill, Legal Secretary
      PATTON BOGGS LLP

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK  99501
Phone:  (907) 263-6300
Fax:  (907) 263-6345

NOTICE REGARDING STATE COURT RECORD
*Stout v North Star Paving et al.*
Case No. 3:06-cv-81-TMB
Page 2 of 4

48507v1

# LIST OF EACH DOCUMENT FILED IN SUPERIOR COURT

1.      3/18/2005      Complaint filed by Glenn Stout

2.      3/18/2005      Summons

3.      3/31/2005      Entry of Appearance

4.      3/31/2005      Notice of Service

5.      3/31/2005      Rule 4(f) Affidavit Regarding Service of Process

6.      4/5/2005       Defendant's Answer to Plaintiff Glenn Stout's Complaint

7.      4/5/2005       Motion for Change of Venue, Memorandum for Change of Venue, Affidavit of Ken Griner, Proposed Order

8.      4/18/2005      Opposition to Defendant's Motion for Change of Venue, Affidavit of Glenn Stout, Proposed Order

9.      4/18/2005      Notice of Filing Unsigned Affidavit

10.     4/20/2005      Reply to Plaintiff's Opposition to Defendant's Motion for Change of Venue, Affidavit of Ken Griner

11.     4/29/2005      Notice of Filing Signed Affidavit

12.     4/29/2005      Order regarding Change of Venue

13.     5/19/2005      Notice of Change of Case Number After Change of Venue and Assignment of Judge

14.     5/24/2005      Notice of Substitution

15.     7/20/2005      Notice of Pre-Trial Scheduling Conference

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK  99501
Phone:  (907) 263-6300
Fax:  (907) 263-6345

NOTICE REGARDING STATE COURT RECORD
*Stout v North Star Paving et al.*
Case No. 3:06-cv-81-TMB
Page 3 of 4

48507v1

| 16. | 8/9/2005 | Report of Parties' Planning Meeting |
| 17. | 8/25/2005 | Pretrial Scheduling Order Civil Court Trial |
| 18. | 11/4/2005 | Stipulation for Stay |
| 19. | 11/17/2005 | Order granting Stipulation for Stay |
| 20. | 3/13/2006 | Status Notice and Request for Pretrial Deadlines and Trial Date |
| 21. | 3/28/2006 | Status Notice and Request for Pretrial Deadlines and Trial Date |
| 22. | 3/28/2006 | Certificate of Service |
| 23. | 3/28/2006 | Motion for Leave to File First Amended Complaint and Memorandum |
| 24. | 3/28/2006 | Opposition to "Request for Trial Date" |
| 25. | 4/4/2006 | Reply to Plaintiff's Opposition |
| 26. | 4/4/2006 | Non-opposition to Motion for Leave to file Amended Complaint |
| 27. | 4/7/2006 | Order granting Leave to file Amended Complaint |
| 28. | 4/12/2006 | Order Setting Status Hearing |

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

NOTICE REGARDING STATE COURT RECORD
*Stout v North Star Paving et al.*
Case No. 3:06-cv-81-TMB
Page 4 of 4

48507v1