Christine V. Williams, Esq.
Michael D. White, Esq.
Patton Boggs LLP
601 West 5th Avenue, Suite 700
Anchorage, Alaska 99501
Telephone:   (907) 263-6300
Facsimile:   (907) 263-6345

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GLENN STOUT,<br><br>          Plaintiff,<br><br>vs.<br><br>NORTH STAR PAVING AND CONSTRUCTION, INC., KEN GRINER, STEVE FOSTER, AND JACK FOSTER,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:06-cv-81-TMB<br>)<br>) |

### NOTICE OF SERVICE LIST OF PARTIES

PLEASE TAKE NOTICE THAT Defendants, hereby file the following service list of all parties to the above-captioned matter:

| **Party** | **Service/Contact Information** |
|---|---|
| Plaintiff | Timothy Seaver, Esq.<br>Seaver & Wagner, LLC<br>421 West 1st Avenue, Suite 250<br>Anchorage AK 99501<br>Telephone: 907-646-9033<br>Facsimile: 907-276-8238 |

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK  99501
Phone:  (907) 263-6300
Fax:  (907) 263-6345

48510v1

    Defendants                                    Christine V. Williams, Esq.
                                                      Michael D. White, Esq.
                                                      Patton Boggs LLP
                                                      601 W. 5th Avenue, Suite 700
                                                      Anchorage, AK 99501
                                                      Telephone: 907-263-6300
                                                      Facsimile: 907-263-6345

DATED at Anchorage, Alaska this 25th day of April, 2006.

                                                      Counsel for All Defendants

                                                      By:    s/ Michael D. White
                                                              Christine V. Williams
                                                              Alaska Bar Assoc. No. 0204007
                                                             Michael D. White
                                                             Alaska Bar Assoc. No. 8611144

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of April, 2006, I caused a true and correct copy of the foregoing document to be served via:

☐ US Mail  ☑ **Electronically**  ☐ Hand-Delivery on:

   **tseaver@seaverwagner.com**
     Timothy Seaver, Esq.
     Seaver & Wagner, LLC
     421 West 1st Avenue, Suite 250
     Anchorage AK 99501

By:    s/ Marcia Hill
      Marcia Hill, Legal Secretary
      PATTON BOGGS LLP

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

NOTICE OF SERVICE LIST OF PARTIES
*Stout v North Star Paving et al.*
Case No. 3:06-cv-81-TMB
Page 2 of 2

48510v1