Christine V. Williams, Esq.
Michael D. White, Esq.
Patton Boggs LLP
601 West 5th Avenue, Suite 700
Anchorage, Alaska 99501
Telephone:    (907) 263-6300
Facsimile:    (907) 263-6345
cwilliams@pattonboggs.com
mwhite@pattonboggs.com

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GLENN STOUT,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTH STAR PAVING AND CONSTRUCTION, INC., KEN GRINER, STEVE FOSTER, AND JACK FOSTER,<br><br>    Defendants. | Case No. 3:06-cv-81-TMB |

**DEFENDANTS' FEDERAL RULE 7.1 DISCLOSURE**

Defendant North Star Paving and Construction, Inc. ("North Star"), pursuant to Federal Rule 7.1, hereby informs the Court that it does not have a parent company; nor does any publicly traded company hold ten percent or more of North Star's stock.

DATED at Anchorage, Alaska this 10th day of May 2006.

                                     Counsel for All Defendants

                                     s/ Michael D. White
                                     Michael D. White
                                     Alaska Bar Assoc. No. 8611144

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK  99501
Phone:  (907) 263-6300
Fax:  (907) 263-6345

48775v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of May 2006, I caused a true and correct copy of the foregoing document to be served via:

☐US Mail  ☒ **Electronically**  ☐ Hand-Delivery

on:

**tseaver@seaverwagner.com**
Timothy Seaver, Esq.
Seaver & Wagner, LLC
421 West 1st Avenue, Suite 250
Anchorage AK 99501

By:   s/ Maribel Webber
Legal Secretary
PATTON BOGGS LLP

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

DEFENDANT'S FEDERAL RUL 7.1 DISCLOSURE
*Stout v North Star Paving et al.*
Case No. 3:06-cv-81-TMB
Page 2 of 2
48775v1