Timothy Seaver, Esq.
Jennifer Wagner, Esq.
SEAVER & WAGNER, LLC
421 W. 1st Avenue, Suite 250
Anchorage, AK 99501
Telephone: 907-646-9033
Fax: 907-276-8238

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GLENN STOUT,<br><br>   Plaintiff,<br><br> vs.<br><br>NORTH STAR PAVING &<br>CONSTRUCTION, INC., KEN<br>GRINER, STEVE FOSTER, and<br>JACK FOSTER,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-81-TMB |

## SCHEDULING AND PLANNING CONFERENCE REPORT

1. **Meeting.** In accordance with F.R.Civ.P. 26(f), a meeting was held on May 8, 2006, and was attended by:

Jennifer Wagner, Attorney for Plaintiff Glenn Stout.

Michael White, Attorney for Defendants North Star Paving and Construction, et. al.

The Parties recommend the following:

2. **Pre-Discovery Disclosures.** The information required by F.R.Civ.P. 26(a)(1):

Pre-Discovery Disclosures have been exchanged.

LAW OFFICES OF
SEAVER & WAGNER,
LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

Preliminary Witness List will be exchanged by the parties by June 15, 2006.

3.    **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter: Liability and Damages.

4.    **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

A.    Discovery will be needed on the following issues:
Liability and Damages.

B.    All discovery commenced in time to be completed by October 16, 2006.

C.    Limitations on Discovery.

1.    Interrogatories: No change from F.R.Civ.P.33 (a).

2.    Requests for Admissions: No change from F.R.Civ.P.36 (a).

3.    Depositions: No change from F.R.Civ.P26 (a),(d).

D.    Reports from retained experts.
Not later than 90 days before the close of discovery subject to F.R.Civ.P.26 (a)(2)(C).

E.    Supplementation of disclosures and discovery responses are to be made:
As new information is acquired, but not later than 60 days before the close of discovery.

F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due 45 days prior to the close of discovery.

5.    **Pretrial Motions.**

LAW OFFICES OF
SEAVER & WAGNER,
LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

SCHEDULING AND PLANNING CONFERENCE REPORT
Case No. 3:06-cv-81-TMB
Page 2 of 4

No change from D.Ak.LR 16.1(c)

6. **Other Provisions.**

   A.    The parties do not request a conference with the court before the entry of the scheduling order.

   B.    Alternative Dispute Resolution. D.Ak.LR 16.2

         This matter is not considered a candidate for court-annexed alternative dispute resolution.

   C.    The parties do not consent to trial before a magistrate judge.

   D.    Compliance with the Disclosure Requirements of F.R.Civ.P.7.1

         All parties have complied.

7. **Trial.**

   A.    The matter will be ready for trial:

         Not later than January 1, 2007.

   B.    This matter is expected to take 6 days to try.

   C.    Jury Demanded: Yes

         Right to jury trial disputed: No

                         SEAVER & WAGNER, LLC
                         Attorneys for Plaintiff

DATED this _10_ day of May, 2006.    By: _____
                                         Timothy W. Seaver, ABA #9711092


                         PATTON BOGGS, LLP
                         Attorneys for Defendants

DATED this _10th_ day of May, 2006.    By: _____
                                          Michael White, ABA #8611144

LAW OFFICES OF
SEAVER & WAGNER,
LLC

421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

SCHEDULING AND PLANNING CONFERENCE REPORT
Case No. 3:06-cv-81-TMB
Page 3 of 4

Certificate of Service
The undersigned certifies that the foregoing
document was served by mail/hand/fax
on this 12 day of May, 2006.

Mike White
Christine Williams
Patton Boggs LLP
601 W. 5th Ave., Suite 700
Anchorage, AK  99501

Connie Jenkins

LAW OFFICES OF
SEAVER & WAGNER,
LLC

421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

SCHEDULING AND PLANNING CONFERENCE REPORT
Case No. 3:06-cv-81-TMB
Page 4 of 4