Michael D. White (AK Bar Assoc. No. 8611144)
mwhite@pattonboggs.com
Christine V. Williams (AK Bar Assoc. No. 0204007)
cwilliams@pattonboggs.com
Patton Boggs LLP
601 West 5th Avenue, Suite 700
Anchorage, Alaska 99501
Telephone:   (907) 263-6300
Facsimile:    (907) 263-6345

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GLENN STOUT,<br><br>          Plaintiff,<br><br>vs.<br><br>NORTH STAR PAVING AND CONSTRUCTION, INC., KEN GRINER, STEVE FOSTER, AND JACK FOSTER,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 3:06-cv-81-TMB |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants, North Star Paving and Construction, Inc., Ken Griner, Steve Foster, and Jack Foster, through their attorneys, requests that this Court move the pretrial deadlines and trial call in this matter because of the plaintiff's refusal to supply basic claim information. The attached memorandum supports this motion.

49844v1

DATED at Anchorage, Alaska this 18th day of July, 2006.

                                            Counsel for All Defendants

By:   s/ Christine V. Williams
       Christine V. Williams
       Alaska Bar Assoc. No. 0204007
       Michael D. White
       Alaska Bar Assoc. No. 8611144

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of July, 2006, I caused a true and correct copy of the foregoing document to be served via:

☐ US Mail  ☑ **Electronically**  ☐ Hand-Delivery on:

**tseaver@seaverwagner.com**
Timothy Seaver, Esq.
Seaver & Wagner, LLC
421 West 1st Avenue, Suite 250
Anchorage AK 99501

By:   s/ Marcia Hill
       Marcia Hill, Legal Secretary
       PATTON BOGGS LLP