
**PATTON BOGGS** LLP
ATTORNEYS AT LAW

601 West Fifth Avenue
Suite 700
Anchorage, Alaska 99501
907-263-6300

Facsimile 907-263-6345
www.pattonboggs.com

July 11, 2006

Christine V. Williams
(907) 263-6386
cwilliams@pattonboggs.com

**VIA FACSIMILE: 276-8238**
Jennifer Wagner, Esq.
Seaver & Wagner, LLC
421 West 1st Avenue, Suite 250
Anchorage AK 99501

Re:   *Stout v. North Star Paving & Construction, Inc.*
      Our Client No. 023502.0102

Dear Jennifer:

I left a voice mail for you on Tuesday, June 20, 2006, and did not receive a return phone call from you. On June 23, 2006, I wrote you a letter detailing several deficiencies in your discovery responses and asked you to call me. In response, weeks later, your legal assistant supplied the signature page for the interrogatories.

No other deficiencies were responded to and you have not returned my repeated requests for a phone call. If I do not have complete responses, including documentation, by the close of business on Monday, July 17, 2006, I will be forced to bring a motion to compel.

Additionally, please find our first set of admissions enclosed.

Sincerely yours,
PATTON BOGGS, LLP

Christine V. Williams

CVW/jlt

cc:   North Star Paving & Construction, Inc.
      Michael D. White, Esq.

**Exhibit E**
**Page 1 of 1**