RECEIVED
JUL 1 2 2006
PATTON BOGGS LLP

LAW OFFICES OF
# SEAVER & WAGNER, LLC

TIMOTHY W. SEAVER
JENNIFER A. WAGNER

OF COUNSEL TO
MIDDLETON & TIMME, P.C.

421 WEST 1ST AVENUE, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 646-9033
FAX (907) 276-8238

July 11, 2006

Christine Williams
Patton Boggs LLP
601 W. 5th Avenue, Suite 700
Anchorage, AK  99501

Re:   Stout v. North Star Paving & Construction Co.

Dear Christine:

I am in receipt of your June 23, 2006, letter, but I have not been able to respond due to my trial schedule. I intend to respond next week. Thank you.

Sincerely yours,

SEAVER & WAGNER, LLC

Jennifer Wagner

Exhibit F
Page 1 of 2

JUL 12 2006
PATTON BOGGS LLP

RECEIVED
JUL 11 2006
BY:

## VERIFICATION

STATE OF ALASKA            )
                           )  ss.
THIRD JUDICIAL DISTRICT    )

I, Glenn Stout, say on oath or affirm that I have read the foregoing PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST SET OF INTERROGATORIES, and know the contents thereof. I hereby verify that the responses contained therein are true and correct to the best of my knowledge and belief.

By: _____

Glenn Stout

SUBSCRIBED AND SWORN TO before me this 6 day of July, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 8/19/08

State of Alaska
OFFICIAL SEAL
Amanda Coate
NOTARY PUBLIC
My Commission Expires 8/19/08

LAW OFFICES OF
SEAVER & WAGNER,
LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF DISCOVERY REQUESTS
Stout v. North Star Paving, et. al.
Case No. 3:06-cv-81-TMB
Page 21 of 21

Exhibit F
Page 2 of 2