Christine V. Williams, Esq.
Michael D. White, Esq.
Patton Boggs LLP
601 West 5th Avenue, Suite 700
Anchorage, Alaska 99501
Telephone:   (907) 263-6300
Facsimile:   (907) 263-6345

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GLENN STOUT,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTH STAR PAVING AND<br>CONSTRUCTION, INC., KEN GRINER,<br>STEVE FOSTER, AND JACK FOSTER,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-81-TMB |

### [PROPOSED] AMENDED SCHEDULING ORDER

| | |
|---|---|
| Disclosure of Expert Reports Due | September 18, 2006 |
| Deadline for filing motions to add other parties and/or amend the pleadings | September 18, 2006 |
| Disclosure of Expert Witnesses | September 18, 2006 |
| Final Witness List of the parties | November 1, 2006 |
| Close of Discovery | December 15, 2006 |
| Deadline for filing dispositive motions | January 15, 2007 |
| Deadline for filing motions in limine and discovery motions | January 15, 2007 |

Tentative Trial start date                                              <u>March 1, 2007</u>

DATED:_____          _____
                                Hon. Timothy M. Burgess
                                United States District Judge

[PROPOSED] AMENDED SCHEDULING ORDER
*Stout v. North Star Paving, et al., Case No. 3:06-cv-81-TMB*
Page 2 of 2
48682v2

**Exhibit A**
**Page 2 of 2**