Christine V. Williams, Esq.
Michael D. White, Esq.
Patton Boggs LLP
601 West 5th Avenue, Suite 700
Anchorage, Alaska 99501
Telephone:   (907) 263-6300
Facsimile:   (907) 263-6345

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GLENN STOUT,                )<br>                                            )<br>    Plaintiff,                  )<br>                                            )<br>vs.                                     )<br>                                            )<br>NORTH STAR PAVING AND   )<br>CONSTRUCTION, INC., KEN GRINER,   )<br>STEVE FOSTER, AND JACK FOSTER,   )<br>                                            )<br>    Defendants.             ) | Case No. 3:06-cv-81-TMB |

### [PROPOSED] ORDER GRANTING MOTION FOR
### EXTENSION OF TIME AND AMENDING SCHEDULING ORDER

Upon consideration of the motion for extension of time filed by North Star Paving and Construction, Inc. ("North Star"), and the opposition to the same, if any, and the Court otherwise being duly apprised in the premises,

**IT IS THEREFORE ORDERED:**

North Star's motion is **GRANTED**. The Court will enter an Order amending the pretrial schedule as attached in Exhibit A.

DATED:_____          _____
                                                            Hon. Timothy M. Burgess
                                                            United States District Judge

49850v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of July, 2006, I caused a true and correct copy of the foregoing document to be served via:

☐ US Mail   ☑ **Electronically**   ☐ Hand-Delivery on:

   tseaver@seaverwagner.com
      Timothy Seaver, Esq.
      Seaver & Wagner, LLC
      421 West 1st Avenue, Suite 250
      Anchorage AK 99501

By:   s/ Marcia Hill
      Marcia Hill, Legal Secretary
      PATTON BOGGS LLP