Timothy Seaver, Esq.
SEAVER & WAGNER, LLC
421 W. 1st Avenue, Suite 250
Anchorage, AK 99501
Telephone: 907-646-9033
Fax: 907-276-8238

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GLENN STOUT,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTH STAR PAVING &<br>CONSTRUCTION, INC., KEN<br>GRINER, STEVE FOSTER, and<br>JACK FOSTER,<br><br>    Defendants. | Case No. 3:06-cv-81-TMB |

### NON-OPPOSITION TO MOTION FOR EXTENSION OF TIME AND AMENDING SCHEDULING ORDER

Plaintiff Glenn Stout, through his attorneys Seaver & Wagner, LLC, hereby files his non-opposition to Defendants' Motion for Extension of Time and Amending Scheduling Order.

Plaintiff agrees that an extension is appropriate in this matter for a variety of reasons, including that, since the filing of his complaint, the Plaintiff has included an additional category of damages.[1]  Plaintiff, however, vigorously disputes much of the Defendants' claims in its motion. Most notably Defendants' claims of non-

LAW OFFICES OF
SEAVER & WAGNER,
LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

responsiveness are overblown. As Defendants' own exhibits demonstrate, Plaintiff's counsel stated by letter that due to a trial schedule, counsel would respond to Defendant in the week of July 17, 2006.[2] In fact, Defendant did respond on Tuesday of that week – the same day as Defendants' motion. Notably, in no place did Defendants ever suggest that they sought an extension of time or intended to file the present motion. Had they done so, they would have been able to present the Court with a stipulation.

Defendants also complain that Plaintiff has failed to state "the years for which he is actually claiming unpaid overtime compensation."[3] This is flatly false. On May 4, 2006, Plaintiff stated in response to Defendants' discovery that:

> In addition [to Plaintiff's original claim pursuant to the AWHA], Mr. Stout's activities did not fall within any exemption either prior or subsequent to the "Fairpay" regulations adopted on April 2004, and made effective as of August 23, 2004. <u>Consequently, he is entitled to overtime pursuant to the Fair Labor Standards Act for both 2003 and 2004.</u>[4]

Defendants' claim that Plaintiff refused to confirm this response carries no water. Plaintiff need hardly jump to "confirm" what has already been clearly stated. Nevertheless, when Defendants sent Plaintiff a request for admission seeking the same information, Plaintiff responded by reiterating his discovery response well before the date

---

[1] Specifically, Plaintiff now seeks damages pursuant to the Fair Labor Standards Act for the years 2003 and 2004.
[2] Def. Exhibit F.
[3] Def. Mot. at 1.
[4] Exhibit A attached herein.

LAW OFFICES OF
SEAVER & WAGNER, LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

NON-OPPOSITION TO MOTION FOR EXTENSION OF TIME AND AMENDING SCHEDULING ORDER
Case No. 3:06-cv-81 TMD
Page 2 of 4

that the response was due.[5] In short, since early May, Defendants have been on clear notice of which years Plaintiff seeks overtime.

Defendants' claims regarding Plaintiff's refusal to provide discovery regarding damages is also disingenuous. As Plaintiff made clear to Defendants in Plaintiff's timely response to discovery, Plaintiff's responses required additional discovery form Defendants. Notably, it is Defendants who, although stating that various documents were available for review on March 24, 2006, in fact refused to produce any documents until May 4, 2006. And to this date, Defendants still have refused to indicate to which of Plaintiff's document requests they have responded. Instead, they have simply provided a jumble of documents as part of a "supplemental initial disclosure." It is hoped that the parties will be able to resolve this and other similar issues without unnecessary resort to the Court. In any case, for the reasons already stated, Plaintiff does not oppose the extension sought by the Defendants.

DATED this 2nd day of August, 2006, at Anchorage, Alaska.

SEAVER & WAGNER, LLC

Attorneys for Plaintiff

By: s/Timothy Seaver
Timothy W. Seaver
ABA #9711092

---

[5] Exhibit B attached herein. The request was responded to on July 25, 2006, but was not due until August 14.

LAW OFFICES OF
SEAVER & WAGNER, LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

NON-OPPOSITION TO MOTION FOR EXTENSION OF TIME AND AMENDING SCHEDULING ORDER
Case No. 3:06-cv-81 TMD
Page 3 of 4

**Certificate of Service**
The undersigned certifies that the foregoing
document was served electronically
on this 2nd day of August, 2006.

cwilliams@pattonboggs.com
Christine Williams
Patton Boggs LLP
601 W. 5th Ave., Suite 700
Anchorage, AK  99501

_s/Connie Jenkins_
Connie Jenkins

LAW OFFICES OF
SEAVER & WAGNER, LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

NON-OPPOSITION TO MOTION FOR EXTENSION OF TIME AND AMENDING SCHEDULING ORDER
Case No. 3:06-cv-81 TMD
Page 4 of 4