Timothy Seaver, Esq.
SEAVER & WAGNER, LLC
421 W. 1st Avenue, Suite 250
Anchorage, AK 99501
Telephone: 907-646-9033
Fax: 907-276-8238

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GLENN STOUT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NORTH STAR PAVING &<br>CONSTRUCTION, INC., KEN<br>GRINER, STEVE FOSTER, and<br>JACK FOSTER,<br><br>　　　　　Defendants. | Case No. 3:06-cv-81-TMB |

### PLAINTIFF'S RESPONSES TO DEFENDANTS'
### FIRST REQUESTS FOR ADMISSION

Plaintiff, Glenn Stout, by and through counsel, Seaver & Wagner, LLC, hereby responds to defendant's requests for admission.

**Request for Admission No. 1**: Admit that you are not bringing any unpaid overtime compensation claim under federal law against North Star for the year 2004.

**Response:**

Denied.

LAW OFFICES OF
SEAVER & WAGNER,
LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST REQUEST FOR ADMISSIONS
Stout v. North Star Paving, et. al.
Case No. 3:06-cv-81-TMB
Page 1 of 2

EXHIBIT B
PAGE 1 OF 2 PAGES

**Request for Admission No. 2**: Admit that you are not bringing any unpaid overtime compensation claim under State law against North Star for the year 2004.

**Response:**

Admit.

DATED this 25th day of July, 2006, at Anchorage, Alaska.

SEAVER & WAGNER, LLC

Attorneys for Plaintiff

By: _____
Timothy W. Seaver
ABA #9711092

Certificate of Service
The undersigned certifies that the foregoing document was served by mail/hand/fax on this 25th day of July, 2006.

Mike White
Christine Williams
Patton Boggs LLP
601 W. 5th Ave., Suite 700
Anchorage, AK 99501

_____
~~Connie Jenkins~~ Cheri Tabor

LAW OFFICES OF
SEAVER & WAGNER, LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST REQUEST FOR ADMISSIONS
Stout v. North Star Paving, et. al.
Case No. 3:06-cv-81-TMB
Page 2 of 2

EXHIBIT B
PAGE 2 OF 2 PAGES