Timothy Seaver, Esq.
SEAVER & WAGNER, LLC
421 W. 1st Avenue, Suite 250
Anchorage, AK  99501
Telephone: 907-646-9033
Fax: 907-276-8238

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GLENN STOUT,          )<br>                            )<br>        Plaintiff,  )<br>    vs.                    )<br>                            )<br>NORTH STAR PAVING &  )<br>CONSTRUCTION, INC., KEN )<br>GRINER, STEVE FOSTER, and )<br>JACK FOSTER,          )<br>                            )<br>        Defendants.  )<br>_____) | Case No. 3:06-CV-81-TMB |

### MOTION TO RESCHEDULE HEARING SCHEDULED
### FOR AUGUST 10, 2006

The Plaintiff, Glenn Stout, through his counsel hereby requests the Court to reschedule the hearing in this matter currently scheduled for August 10, 2006. The reason for this motion is that counsel for Mr. Stout is on vacation on the east coast of the United States.  Further complicating matters, Counsel for Plaintiff is staying in housing with no phone service.

Counsel has contacted the Court's chambers and learned that the date of August 18, 2006, is available on the Court's calendar.  Counsel will have returned

to Anchorage by that time and will be available to appear before the Court in person.

Prior to its filing, Counsel for Plaintiff provided a copy of this motion to Counsel for Defendants and Counsel for Defendants have indicated their non-opposition to the motion.

DATED this _____ day of _____, 2006, at Anchorage, Alaska.

SEAVER & WAGNER, LLC

Attorneys for Plaintiff

By:_____
    Timothy W. Seaver
    ABA #9711092

IT IS SO ORDERED, Plaintiff's motion to reschedule the hearing currently scheduled for August 10, 2006, is granted. The hearing is rescheduled to _____, 2006, at _____ in court room ____.

DATED this ___ day of _____, 2006, at Anchorage, Alaska.

_____
Timothy Burgess
District Court Judge

Certificate of Service
The undersigned certifies that the foregoing
document was served by mail/hand/fax
on this ___ day of August, 2006.

Mike White
Christine Williams
Patton Boggs LLP
601 W. 5th Ave., Suite 700
Anchorage, AK  99501

_____
Karen E. Green