Timothy Seaver, Esq.
SEAVER & WAGNER, LLC
421 W. 1st Avenue, Suite 250
Anchorage, AK  99501
Telephone: 907-646-9033
Fax: 907-276-8238

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

GLENN STOUT, )
)
   Plaintiff, )
  vs. )
)
NORTH STAR PAVING & )
CONSTRUCTION, INC., KEN )
GRINER, STEVE FOSTER, and )  Case No. 3:06-cv-81-TMB
JACK FOSTER, )
)
   Defendants. )
_____)

## NOTICE OF FILING SIGNATURE PAGE

   The Plaintiff, Glenn Stout, through his counsel hereby files the corrected signature page for document 19, Motion to Reschedule Hearing Scheduled for August 10, 2006, attached hereto, which was electronically filed with the court on August 8, 2006.

DATED this 9th day of August, 2006, at Anchorage, Alaska.


SEAVER & WAGNER, LLC

Attorneys for Plaintiff


By:____/s Timothy W. Seaver____
        Timothy W. Seaver
        Seaver & Wagner, LLC
        421 West First Ave., Ste. 250
        Anchorage, AK  99501
        907-646-9033
        907-276-8238
        tseaver@seaverwagner.com
        ABA #9711092


Certificate of Service
The undersigned certifies that the foregoing
document was served by mail/hand/fax
on this 9th day of August, 2006.

Mike White
Christine Williams
Patton Boggs LLP
601 W. 5th Ave., Suite 700
Anchorage, AK  99501


s/Timothy Seaver

to Anchorage by that time and will be available to appear before the Court in person.

Prior to its filing, Counsel for Plaintiff provided a copy of this motion to Counsel for Defendants and Counsel for Defendants have indicated their non-opposition to the motion.

DATED this __8__day of August, 2006, at Anchorage, Alaska.

SEAVER & WAGNER, LLC

Attorneys for Plaintiff

By:___/s Timothy W. Seaver___
     Timothy W. Seaver
     Seaver & Wagner, LLC
     421 West First Ave., Ste. 250
     Anchorage, AK  99501
     907-646-9033
     907-276-8238
     tseaver@seaverwagner.com
ABA #9711092