IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

_____ )
GLENN STOUT,                      )
                                  )
            Plaintiff,            )
                                  )
v.                                )
                                  )
NORTH STAR PAVING &               )
CONSTRUCTION, INC., KEN           )
GRINER, STEVE FOSTER, and         )
JACK FOSTER,                      )     CASE NO. 3:06-cv-0081 TMB
                                  )
            Defendant.            )
_____ )


### AMENDED SCHEDULING ORDER

**IT IS HEREBY ORDERED**:

| | |
|---|---|
| Disclosure of Expert Reports Due | September 18, 2006 |
| Deadline for filing motions to add other parties and/or amend the pleadings | September 18, 2006 |
| Disclosure of Expert Witnesses | September 18, 2006 |
| Final Witness List of the Parties | November 1, 2006 |
| Close of Discovery | December 15, 2006 |
| Deadline for filing Dispositive Motions | January 15, 2007 |
| Deadline for filing Motions in Limine and Discovery Motions | January 15, 2007 |

**Dated this the 22nd of August, 2006.**

/s/ Timothy M. Burgess

_____

TIMOTHY M. BURGESS
District Court Judge