Michael D. White (AK Bar Assoc. No. 8611144)
mwhite@pattonboggs.com
Christine V. Williams (AK Bar Assoc. No. 0204007)
cwilliams@pattonboggs.com
Patton Boggs LLP
601 West 5th Avenue, Suite 700
Anchorage, Alaska 99501
Telephone:   (907) 263-6300
Facsimile:    (907) 263-6345

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GLENN STOUT,                                )<br>                                                          )<br>     Plaintiff,                                       )<br>                                                          )<br>vs.                                                     )<br>                                                          )<br>NORTH STAR PAVING AND          )<br>CONSTRUCTION, INC., KEN GRINER, )<br>STEVE FOSTER, AND JACK FOSTER, )<br>                                                          )<br>     Defendants.                                  ) | Case No. 3:06-cv-81-TMB |

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

COMES NOW Defendants, North Star Paving and Construction, Inc., Ken Griner, Steve Foster, and Jack Foster (collectively "North Star"), and pursuant to Fed. R. Civ. P. 26(c), hereby moves this Court for a discovery order protecting North Star. Specifically, this motion seeks to protect North Star from being required to respond to any discovery requests seeking information for the year 2004 because 2004 is not a year at issue in this case. The attached memorandum supports this motion.

DATED at Anchorage, Alaska this 28th day of August, 2006.

Counsel for All Defendants

By:   s/ Christine V. Williams
      Christine V. Williams
      Alaska Bar Assoc. No. 0204007
      Michael D. White
      Alaska Bar Assoc. No. 8611144

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of August, 2006, I caused a true and correct copy of the foregoing document to be served via:

☐ US Mail  ☑ **Electronically**  ☐ Hand-Delivery on:

**tseaver@seaverwagner.com**
    Timothy Seaver, Esq.
    Seaver & Wagner, LLC
    421 West 1st Avenue, Suite 250
    Anchorage AK 99501

By:   s/ Marcia Hill
      Marcia Hill, Legal Secretary
      PATTON BOGGS LLP