## INDEX OF EXHIBITS

| **Id.** | **Exhibit** | **No. of Pages** |
|---|---|---|
| A. | E-mail from Tim Seaver to Christine Williams, dated March 1, 2006 | 1 |
| B. | Plaintiff's Responses to Defendant's First Set of Discovery Requested, dated May 5, 2006 | 21 |
| C. | Correspondence from Christine Williams to Jennifer Wagner, dated June 23, 2006 | 3 |
| D. | Correspondence from Connie Jenkins (Assistant to Ms. Wagner) to Christine Williams, dated July 6, 2006 | 2 |
| E. | Correspondence from Jennifer Wagner to Christine Williams, dated July 18, 2006 | 4 |
| F. | E-mail from Tim Seaver to Christine Williams, dated July 25, 2006 | 2 |
| G. | Plaintiff's Second Interrogatories and Second Request For Production to Defendant, dated July 25, 2006 | 11 |