-----Original Message-----
From: Tim Seaver [mailto:tseaver@seaverwagner.com]
Sent: Wednesday, March 01, 2006 5:02 PM
To: Williams, Christine
Subject:

Christine,

Well, we can get past one issue and maybe several. The spreadsheet you received was in error. It includes materials from another case that my secretary inadvertently included. I would appreciate your deleting that document.

I have scanned the actual spreadsheet and attach it here. As you can see, it includes only time for 2003 as indicated in our initial complaint. This may (or may not) clear up a number of issues. I do apologize for this error. I can certainly understand that what you received might cause you some consternation.

Out of an abundance of caution I am also resending the narrative description.

-- Tim


Timothy Seaver
Seaver & Wagner, LLC
421 W 1st Ave, Suite 250
Anchorage, Alaska 99501
Phone - 907 646 9033
Fax - 907 276 8238

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please advise the sender by reply tseaver@seaverwagner.com and destroy the original message and all copies.

Exhibit A
Page 1 of 1