RECEIVED
JUL 0 7 2006
PATTON BOGGS LLP

LAW OFFICES OF
## SEAVER & WAGNER, LLC

TIMOTHY W. SEAVER
JENNIFER A. WAGNER

OF COUNSEL TO
MIDDLETON & TIMME, P.C.

421 WEST 1ST AVENUE, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 646-9033
FAX (907) 276-8238

July 6, 2006

Christine Williams, Esq.
Patton Boggs LLP
601 W. 5th Avenue, Suite 700
Anchorage, AK 99501

Re:  Stout v. North Star Paving & Construction Co.

Dear Ms. Williams:

Mr. Stout faxed to our office today the signed and notarized verification page for his responses to Defendant's First Set of Discovery Requests. Mr. Stout is working in a remote location in Alaska and was just recently able to go to Juneau to have his verification page notarized. I send my apologies for the delay in getting this back to you.

Sincerely yours,

SEAVER & WAGNER, LLC

Connie Jenkins
Assistant to Ms. Wagner


Enclosure: Verification Page signed and notarized by Plaintiff

Exhibit D
Page 1 of 2

# VERIFICATION

STATE OF ALASKA              )
                             )  ss.
THIRD JUDICIAL DISTRICT      )

I, Glenn Stout, say on oath or affirm that I have read the foregoing PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST SET OF INTERROGATORIES, and know the contents thereof. I hereby verify that the responses contained therein are true and correct to the best of my knowledge and belief.

By: _____
Glenn Stout

SUBSCRIBED AND SWORN TO before me this 6 day of July, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 8/19/08

State of Alaska
OFFICIAL SEAL
Amanda Coate
NOTARY PUBLIC
My Commission Expires 8/19/08

LAW OFFICES OF
SEAVER & WAGNER, LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF DISCOVERY REQUESTS
Stout v. North Star Paving, et. al.
Case No. 3:06-cv-81-TMB
Page 21 of 21

Exhibit D
Page 2 of 2

Copied w/ Disc.