RECEIVED
JUL 2 6 2006
PATTON BOGGS LLP

Timothy Seaver, Esq.
SEAVER & WAGNER, LLC
421 W. 1st Avenue, Suite 250
Anchorage, AK 99501
Telephone: 907-646-9033
Fax: 907-276-8238

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GLENN STOUT,<br><br>         Plaintiff,<br>vs.<br><br>NORTH STAR PAVING & CONSTRUCTION, INC., KEN GRINER, STEVE FOSTER, and JACK FOSTER,<br><br>         Defendants. | Case No. 3:06-cv-81-TMB |

PLAINTIFF'S SECOND INTERROGATORIES AND
SECOND REQUEST FOR PRODUCTION TO DEFENDANT

Plaintiff, Glenn Stout, submits this discovery request pursuant to Rules 26, 33 and 34 of the Alaska Rules of Civil Procedure. Plaintiff requests you to answer the interrogatories separately and fully, under oath, within thirty (30) days after the date of service hereof. Plaintiff further requests you to produce the documents and things described below for inspection and copying if desired within thirty (30) days after the date of service hereof.

All documents and things to be produced hereunder shall be produced at the offices of Seaver & Wagner, LLC, and shall consist of <u>original</u> documents, files and

LAW OFFICES OF
SEAVER & WAGNER, LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

Exhibit G
Page 1 of 11

things, in their present condition and as they are kept in the ordinary course of business, or, in the case of computer records, hard disk drives, or diskettes, you may furnish access during reasonable and normal business hours to allow duplication by Seaver & Wagner, LLC and/or agents thereof, and labeled to identify the specific request to which they pertain.

## DEFINITIONS AND INSTRUCTIONS

1. The terms used herein are to be given their most expansive and inclusive interpretation unless otherwise specifically limited in the request itself. This includes, without limitation, the following:

   (a) construing "and" and "or" in the disjunctive or conjunctive as necessary to make the request more inclusive;

   (b) construing the singular form of a word to include the plural and the plural to include the singular;

   (c) construing the term "relationship" to include any connection between the persons or entities identified or described, including contractual, quasi-contractual, marital, familial, fiduciary, official or otherwise, in any manner relating to the activities of any such person or entity.

2. The words "you" and "your," as used herein, shall refer to Ken Griner, Steve Foster and Jack Foster and North Star Paving and Construction, Inc. (herinafter North Star), which shall include all officers, directors, elected representatives, agents, independent contractors, accountants, attorneys, representatives, and employees thereof.

LAW OFFICES OF
SEAVER & WAGNER, LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

Exhibit G
Page 2 of 11

Combined Second Discovery Requests
Case No. 3KN-05-349 CI
Page 2 of 11

3. The words "possession, custody, or control" shall include all documents and things in the possession or custody of Defendants and/or their attorneys, accountants, independent contractors, agents, investigators, consultants, advisors, or employees of its attorneys, agents, investigators, advisors, or employees, and any other person acting on Defendants' behalf.

4. The terms "document(s)" or "documentary evidence," as used herein, shall include any and all documents, things, or information (including papers, books, accounts, drawings, graphs, charts, maps, photographs, electronic or videotape recordings, and any other data compilations from which information can be obtained and translated, if necessary, by the person from whom production is sought, into reasonably usable form), specifically including but not limited to information kept or stored in any fashion whatsoever on computer hard drives, diskettes, tapes, or other storage devices, and any other tangible or intangible things which constitute or contain matters relevant to the subject matter herein. The terms "document(s)" or "documentary evidence" mean both the originals and non-identical copies thereof.

5. The term "things" shall include all tangible items or other evidence, or intangible information kept or stored on tangible things or devices, including but not limited to computer hard drives, diskettes, tapes, or other storage devices, and backups of information, including but not limited to tape back-ups, backup diskettes, compressed backups, or the like.

LAW OFFICES OF
SEAVER & WAGNER, LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

**Exhibit G**
**Page 3 of 11**

Combined Second Discovery Requests
Case No. 3KN-05-349 CI
Page 3 of 11

6. The term "person" means natural persons, corporations, partnerships, associations, joint ventures, and all other incorporated or unincorporated governmental, public, social or legal entities. A reference to any person shall include, where applicable, its division, subdivisions, controlling persons, officers, employees, agents or other persons acting or purporting to act on its behalf or under color of its authority,

7. The term "communication(s)" means any contact or act by which any information is transmitted or conveyed between two or more persons, and shall include, without limitation, written contact by such means as letters, memoranda, facsimile transmissions, "e-mail" or other electronic transmissions of information or communications, telegrams, telexes, or by any document, and any oral contact by such means as face to face meetings or conversations and telephone or electronically transmitted conversations.

8. The term "identify" means to state: (a) with respect to a person, such person's full name, last known address, telephone number, job or position title (if known), and name of employer (if known); (b) with respect to a document, such document's nature (e.g., letter, memorandum, etc.), title, date of issuance or publication, length (e.g., number of pages), author and his or her title, recipient(s), present location and custodian, and library reference, if any, and general summary of its contents; and (c) with respect to a communication, the date, location and individuals present, and what each individual said.

LAW OFFICES OF
SEAVER & WAGNER, LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

**Exhibit G**
**Page 4 of 11**

Combined Second Discovery Requests
Case No. 3KN-05-349 CI
Page 4 of 11

9. The term "construction season" means the period during which Mr. Stout performed work for North Star in any given calendar year.

9. These requests are intended to cover all information in Defendants' possession, custody or control, including but not limited to all information in the possession, custody or control of any and all of Defendants' agents, representatives and employees, or any person or entity acting on their behalf.

10. These requests are continuing in nature, and to the extent required by Alaska R. Civ. P. 26(e), require supplemental responses in the event that you or your attorney become aware of further information between the time your answers are filed and the time of trial of this case.

LAW OFFICES OF
SEAVER & WAGNER, LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

**Exhibit G**
**Page 5 of 11**

Combined Second Discovery Requests
Case No. 3KN-05-349 CI
Page 5 of 11

## INTERROGATORIES

**INTERROGATORY NO. 14:** For each of the 2002, 2003, and 2004, construction seasons, state the date on which Mr. Stout was released from performing any further duties on behalf of North Star.

LAW OFFICES OF
SEAVER & WAGNER, LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

**Exhibit G**
**Page 6 of 11**

Combined Second Discovery Requests
Case No. 3KN-05-349 CI
Page 6 of 11

**INTERROGATORY NO. 15:** For each of the years 2002, 2003, and 2004, identify the individual or individuals responsible for establishing the terms of Mr. Stout's employment including but not limited to, the dates on which he was expected to be available for duties on behalf of North Star, the nature of his duties, and the amount of Mr. Stout's compensation.

LAW OFFICES OF
SEAVER & WAGNER, LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

**Exhibit G**
**Page 7 of 11**

Combined Second Discovery Requests
Case No. 3KN-05-349 CI
Page 7 of 11

## DOCUMENTS AND THINGS TO BE PRODUCED

15. For the time periods February 1, 2003 through November 30, 2003, produce time sheets and/or summary documents reflecting the hours worked for the following individuals:

    a. James Anderson

    b. James Hanson

    c. Keith Bailey

    d. Connie S. Caprio-Perrigo

    e. Carolee S. Chapman

    f. Shawn M. Daniels

    g. April Friendly

    h. Julie Hart

    i. Sharri Whitford

16. For the time period from February 1, 2004 through November 30, 2004, produce the time sheets and/or summary documents reflecting the hours worked for all persons employed as flaggers on any project on which Mr. Stout performed any work.

17. Produce all Foreman's Daily Reports produced by Mr. Stout or by any person on behalf of Mr. Stout between February 1, 2004, through November 30, 2004.

18. Produce the certified payroll document for each project on which Mr. Stout performed any work from February 1, 2004, through November 30, 2004.

LAW OFFICES OF
SEAVER & WAGNER, LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

**Exhibit G**
**Page 8 of 11**

Combined Second Discovery Requests
Case No. 3KN-05-349 CI
Page 8 of 11

19. Among the documents produced with Defendants' Supplemental Initial Disclosures on May 4, 2006, are several computer generated reports entitled "Job Labor Journal" and referencing several of the projects on which Mr. Stout worked. These reports, however, do not include the Alaska Railroad Dock Facility project. Please produce the Job Labor Journal for this project.

20. Produce all flagging reports for each project on which Mr. Stout performed any work during the periods February 1, 2003, through November 30, 2003 and February 1, 2004, through November 30, 2004.

21. Produce the certified payroll for each project on which Mr. Stout performed any work during the periods February 1, 2003, through November 30, 2003 and February 1, 2004, through November 30, 2004.

22. Produce all documents indicating the number of hours Mr. Stout worked from February 1, 2004 through November 30, 2004.

23. Produce all insurance policies which insure the directors and officers of North Star and which were in effect at any time from January 1, 2003, through the present.

DATED this 25th day of July, 2006, at Anchorage, Alaska.

Seaver & Wagner, LLC
Attorneys for Plaintiff

By: _____
Timothy W. Seaver
ABA #9711092

LAW OFFICES OF
SEAVER & WAGNER, LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

**Exhibit G**
**Page 9 of 11**

Combined Second Discovery Requests
Case No. 3KN-05-349 CI
Page 9 of 11

<u>Certificate of Service</u>
The undersigned certifies that a copy of
Plaintiff's Second Request for Discovery was mailed
to the following counsel/parties of
record on this 25th day of July, 2006.

Mike White
Christine Williams
Patton Boggs, LLP
601 W. 5th Ave., Suite 700
Anchorage, AK  99051

*Cheri Tabor*
Cheri Tabor

LAW OFFICES OF
SEAVER & WAGNER, LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

**Exhibit G**
**Page 10 of 11**

Combined Second Discovery Requests
Case No. 3KN-05-349 CI
Page 10 of 11

## **VERIFICATION**

STATE OF ALASKA        )
                                         )ss.
THIRD JUDICIAL DISTRICT   )

_____, being first duly sworn, upon oath, deposes and states:

That I am the _____ for North Star Construction and Paving, Inc., Defendant in the above-entitled action; that I have read the Answers to the Interrogatories and believe them to be true and correct to my knowledge and belief.

_____

SUBSCRIBED AND SWORN to before me this _____ day of _____, 2006.

_____
Notary Public in and for Alaska
My commission expires:_____

LAW OFFICES OF
SEAVER & WAGNER, LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

**Exhibit G**
**Page 11 of 11**

Combined Second Discovery Requests
Case No. 3KN-05-349 CI
Page 11 of 11