Michael D. White (AK Bar Assoc. No. 8611144)
mwhite@pattonboggs.com
Christine V. Williams (AK Bar Assoc. No. 0204007)
cwilliams@pattonboggs.com
Patton Boggs LLP
601 West 5th Avenue, Suite 700
Anchorage, Alaska 99501
Telephone:   (907) 263-6300
Facsimile:    (907) 263-6345

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GLENN STOUT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| NORTH STAR PAVING AND ) | |
| CONSTRUCTION, INC., KEN GRINER, ) | |
| STEVE FOSTER, AND JACK FOSTER, ) | |
| ) | |
| Defendants. ) | Case No. 3:06-cv-81-TMB |

## PROTECTIVE ORDER

This Court, having considered Defendants' Motion for a Protective Order and any opposition thereto, and being duly advised in the premises,

**HEREBY ORDERS**

that the Motion is **GRANTED**. No discovery of evidence or facts concerning events that allegedly occurred in 2004 shall be had in this case. Also, no further inquiry into facts or events that allegedly occurred in 2004 shall be made of the defendants North Star Paving and Construction, Inc., Ken Griner, Steve Foster, or Jack Foster.

**IT IS SO ORDERED.**

DATED:_____   _____
                                                                    Hon. Timothy M. Burgess
                                                                    United States District Judge

49966v5

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2006, I caused a true and correct copy of the foregoing document to be served via:

☐US Mail   ☑ **Electronically**   ☐ Hand-Delivery
on:

    tseaver@seaverwagner.com
        Timothy Seaver, Esq.
        Seaver & Wagner, LLC
        421 West 1st Avenue, Suite 250
        Anchorage AK 99501

By:   s/ Marcia Hill
      Marcia Hill, Legal Secretary
      PATTON BOGGS LLP