Timothy Seaver, Esq.
SEAVER & WAGNER, LLC
421 W. 1st Avenue, Suite 250
Anchorage, AK 99501
Telephone: 907-646-9033
Fax: 907-276-8238

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GLENN STOUT, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| NORTH STAR PAVING & CONSTRUCTION, INC., KEN GRINER, STEVE FOSTER, and JACK FOSTER, | ) Case No. 3:06-cv-81-TMB |
| | ) |
| Defendants. | ) |

**ORDER DENYING DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

Defendants having filed a having filed a Motion for Protective Order, and Plaintiff, Glenn Stout, having opposed that motion, and this Court having considered the parties' motions and the oppositions thereto,

IT IS HEREBY ORDERED that the Defendants' motion is denied; and

IT IS FURTHER ORDERED that the Defendant shall produce all responsive documents relating to Plaintiff's claims for wages for 2004 under the Fair Labor Standards Act within 10 (ten) days of distribution of this Order; and

IT IS FURTHER ORDERED that Plaintiff is entitled to reasonable attorneys fees in opposing this motion, Plaintiff shall submit notice of his fees and an appropriate order within 10 (ten) days of distribution of this Order.

_____
Timothy Burgess
U.S. District Court Judge

Certificate of Service
The undersigned certifies that the foregoing
document was served electronically
on this 12th day of September, 2006, on
the following persons:

Mike White
Christine Williams
Patton Boggs LLP
601 W. 5th Ave., Suite 700
Anchorage, AK  99501

_____
Timothy Seaver