Christine V. Williams (AK Bar Assoc. No. 0204007)
cwilliams@pattonboggs.com
Patton Boggs LLP
601 West 5th Avenue, Suite 700
Anchorage, Alaska 99501
Telephone:     (907) 263-6300
Facsimile:      (907) 263-6345

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GLENN STOUT, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>NORTH STAR PAVING AND )<br>CONSTRUCTION, INC., KEN GRINER, )<br>STEVE FOSTER, AND JACK FOSTER, )<br>)<br>    Defendants. ) | <br><br><br><br><br><br><br><br><br><br>Case No. 3:06-cv-81-TMB |

**DEFENDANTS' REQUEST FOR AN ENLARGEMENT OF TIME**

Defendants reply regarding its protective motion is due today, September 22, 2006. At this time, Defendants are unable to complete the motion due to scheduling conflicts and request an extension of time. Pursuant to Fed. R. Civ. P 6(b), Defendants request that they are given an extension until Wednesday, September 27, 2006, to file their reply.

Defendants apologize for any inconvenience this has caused the Court or Plaintiff.

51182

DATED at Anchorage, Alaska this 22nd day of September, 2006.

Counsel for All Defendants

By:   s/ Michael D. White
      Michael D. White
      PATTON BOGGS LLP
      601 West 5th Avenue, Suite 700
      Anchorage AK 99501
      (907) 263-6300
      (907) 263-6345 fax
      mwhite@pattonboggs.com
      Alaska Bar Assoc. No. 8611144

By:   s/ Christine V. Williams
      Christine V. Williams
      Michael D. White
      PATTON BOGGS LLP
      601 West 5th Avenue, Suite 700
      Anchorage AK 99501
      (907) 263-6300
      (907) 263-6345 fax
      cwilliams@pattonboggs.com
      Alaska Bar Assoc. No. 0204007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of September, 2006, I caused a true and correct copy of the foregoing document to be served via:

☐ US Mail   ☑ **Electronically**   ☐ Hand-Delivery on:

   **tseaver@seaverwagner.com**
     Timothy Seaver, Esq.
     Seaver & Wagner, LLC
     421 West 1st Avenue, Suite 250
     Anchorage AK 99501

By:   s/ Marcia Hill
     Marcia Hill, Legal Secretary
     PATTON BOGGS LLP