Michael D. White (AK Bar Assoc. No. 8611144)
mwhite@pattonboggs.com
Christine V. Williams (AK Bar Assoc. No. 0204007)
cwilliams@pattonboggs.com
Patton Boggs LLP
601 West 5th Avenue, Suite 700
Anchorage, Alaska 99501
Telephone:   (907) 263-6300
Facsimile:   (907) 263-6345

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GLENN STOUT,<br><br>        Plaintiff,<br><br>vs.<br><br>NORTH STAR PAVING AND CONSTRUCTION, INC., KEN GRINER, STEVE FOSTER, AND JACK FOSTER,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-81-TMB |

## [PROPOSED] ORDER GRANTING ENLARGMENT OF TIME

This Court, having considered Defendants' Request for an Enlargement of Time,

**IT IS HEREBY ORDERED:**

That Defendants' Request is **GRANTED**. Defendant shall file their reply by Wednesday, September 27, 2006.

**IT IS SO ORDERED.**

DATED:_____          _____
                                                                                  Hon. Timothy M. Burgess
                                                                                  United States District Judge

51183

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of September, 2006, I caused a true and correct copy of the foregoing document to be served via:

☐US Mail  ☒ **Electronically** ☐ Hand-Delivery on:

   **tseaver@seaverwagner.com**
      Timothy Seaver, Esq.
      Seaver & Wagner, LLC
      421 West 1st Avenue, Suite 250
      Anchorage AK 99501

By:   s/ Marcia Hill
      Marcia Hill, Legal Secretary
      PATTON BOGGS LLP