

601 West Fifth Avenue
Suite 700
Anchorage, Alaska 99501
907-263-6300

Facsimile 907-263-6345
www.pattonboggs.com

August 14, 2006

Christine V. Williams
(907) 263-6386
cwilliams@pattonboggs.com

**VIA FACSIMILE: 276.8238**
Timothy W. Seaver, Esq.
Seaver & Wagner, LLC
421 West 1st Avenue, Suite 250
Anchorage AK 99501

    Re:    *Stout v. North Star Paving & Construction, Inc.*
             Our Client No. 023502.0102

Dear Tim:

    Pursuant to our last conversation, North Star is again objecting to your attempt to amend your allegations/claims without amending your pleadings.

    Additionally, in light of your recent objections to North Star's method of document production, North Star will produce the requested documents in the way they are kept at the North Star offices in Soldotna. Please advise as to when you would like to review those documents. This production will not include the 2004 requests, until those claims are added appropriately or the issue is resolved by the court.

Sincerely yours,

Christine V. Williams

CVW/mdh

50305v1

Exhibit E
Page 1 of 1

Washington DC | Northern Virginia | Dallas | Denver | Anchorage | Doha, Qatar