Michael D. White (AK Bar Assoc. No. 8611144
mwhite@pattonboggs.com
Christine V. Williams (AK Bar Assoc. No. 0204007)
cwilliams@pattonboggs.com
Patton Boggs LLP
601 West 5th Avenue, Suite 700
Anchorage, Alaska 99501
Telephone:   (907) 263-6300
Facsimile:    (907) 263-6345

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GLENN STOUT,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTH STAR PAVING AND CONSTRUCTION, INC., KEN GRINER, STEVE FOSTER, AND JACK FOSTER,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-81-TMB<br>) |

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.2, Defendants, by and through their undersigned counsel, request oral argument in the above-captioned matter in the above captioned matter on Defendants Motion for a Protective Order.  [Docket No. 24.]

The parties have been unable to resolve the motion and Defendants believe that oral argument is necessary and would be helpful to the Court in resolving the motion at issue.

51221

DATED at Anchorage, Alaska this 27th day of September, 2006.

Counsel for All Defendants

By:   s/ Michael D. White
     Michael D. White
     PATTON BOGGS LLP
     601 West 5th Avenue, Suite 700
     Anchorage AK 99501
     (907) 263-6300
     (907) 263-6345 fax
     mwhite@pattonboggs.com
     Alaska Bar Assoc. No. 8611144

By:   s/ Christine V. Williams
     Christine V. Williams
     Michael D. White
     PATTON BOGGS LLP
     601 West 5th Avenue, Suite 700
     Anchorage AK 99501
     (907) 263-6300
     (907) 263-6345 fax
     cwilliams@pattonboggs.com
     Alaska Bar Assoc. No. 0204007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of September, 2006, I caused a true and correct copy of the foregoing document to be served via:

☐ US Mail   ☒ **Electronically**   ☐ Hand-Delivery on:

**tseaver@seaverwagner.com**
    Timothy Seaver, Esq.
    Seaver & Wagner, LLC
    421 West 1st Avenue, Suite 250
    Anchorage Alaska 99501

By:   s/ Desiree R. Burgess
     Legal Secretary
     PATTON BOGGS LLP

DEFENDANTS' REPLY RE: MOTION FOR PROTECTIVE ORDER
*Stout v North Star Paving & Construction et al.*
CASE NO: 3:06-cv-81-TMB
Page 2 of 2
51221