```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

 GLEN STOUT   vs.   NORTH STAR PAVING

BEFORE THE HONORABLE TIMOTHY M. BURGESS

CASE NO 3:06-CV-00081-TMB

DEPUTY CLERK/RECORDER: Patty Demeter

APPEARANCES:    PLAINTIFF: Timothy Seaver, Jennifer Wagner

                DEFENDANT: Christine Williams, Michael White

PROCEEDINGS: HEARING ON MOTION FOR PROTECTIVE ORDER (DKT 24), HELD 10/30/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 1:28 p.m. Court convened.

Court and counsel heard re Motion for Protective Order.

Court Denied Motion for Protective Order.

Court will not entertain a request for costs of the litigation for the motion for protective order at Dkt 24.

Plaintiff shall file an amended complaint.  Defendant shall provide discovery re: 2004 within a week after the amended complaint is filed.

At 1:56 p.m. court adjourned.

DATE: 10/30/06                    DEPUTY CLERK'S INITIALS: pld