Timothy Seaver, Esq.
SEAVER & WAGNER, LLC
421 W. 1st Avenue, Suite 250
Anchorage, AK 99501
Telephone: 907-646-9033
Fax: 907-276-8238

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GLENN STOUT,<br><br>         Plaintiff,<br><br>vs.<br><br>NORTH STAR PAVING AND<br>CONSTRUCTION, INC., KEN GRINER,<br>STEVE FOSTER, AND JACK FOSTER,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 3:06-cv-81-TMB |

### STIPULATED MOTION TO AMEND SCHEDULING ORDER

Plaintiff Glenn Stout, through his attorneys Seaver & Wagner, LLC, and Defendants, through their attorneys Patton Boggs, LLP, hereby move the Court to amend the scheduling order. This motion is based on the Court's recent order, the Plaintiff's schedule (the Plaintiff works at a remote site in Alaska), and the schedule of Plaintiff's counsel. In order to accommodate these various factors and to allow the parties to adequately conduct discovery, the parties request the following changes to the Court's scheduling order: 1) the close of discovery, currently scheduled for December 15, 2006, shall be January 31, 2007; 2) the deadlines for filings motions in limine, discovery motions, and dispositive motions, all currently scheduled for January 15, 2006, shall be

LAW OFFICES OF
SEAVER & WAGNER, LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

February 28, 2007.

DATED this 15th day of November, 2006, at Anchorage, Alaska.

SEAVER & WAGNER, LLC

By:   s/Timothy W. Seaver
     Timothy W. Seaver
     Seaver & Wagner, LLC
     421 W. 1st Ave, Suite 250
     Anchorage, AK 99501
     (907) 646-9033
     tseaver@seaverwagner.com
     ABA #9711092

DATED this 15th day of November, 2006, at Anchorage, Alaska.

PATTON BOGGS LLP
Attorneys for Plaintiff
North Star Paving and Construction, Inc

By:   s/ Christine V. Williams
     Christine V. Williams
     Michael D. White
     PATTON BOGGS LLP
     601 West 5th Avenue, Suite 700
     Anchorage AK 99501
     (907) 263-6300
     (907) 263-6345 fax
     cwilliams@pattonboggs.com
     Alaska Bar Assoc. No. 0204007

**Certificate of Service**
The undersigned certifies that the foregoing
document was served electronically
on this 17th day of November, 2006.

Christine Williams
Michael White
Patton Boggs LLP
601 W. 5th Ave., Suite 700
Anchorage, AK  99501

s/Timothy Seaver
Timothy Seaver

LAW OFFICES OF
SEAVER & WAGNER, LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033