Christine V. Williams
Michael D. White
Patton Boggs LLP
601 West 5th Avenue, Suite 700
Anchorage, Alaska 99501
Telephone:    (907) 263-6300
Facsimile:    (907) 263-6345

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GLENN STOUT, | ) |
| | ) |
|      Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NORTH STAR PAVING AND | ) |
| CONSTRUCTION, INC., KEN GRINER, | ) |
| STEVE FOSTER, AND JACK FOSTER, | )   Case No. 3:06-cv-00081-TMB |
| | ) |
|      Defendants. | ) |

## ANSWER TO SECOND AMENDED COMPLAINT

COMES NOW, North Star Paving and Construction, Inc., Ken Griner, Steve

Foster and Jack Foster (collectively "North Star") by and through its attorneys,

Patton Boggs LLP, and answers the plaintiff's Second Amended Complaint against North

Star paragraph by paragraph as follows:

### Preliminary Statement

Any factual allegation admitted to herein is admitted only as to the specific fact in

question, not as to any purported conclusions, characterizations, implications, or

speculations contained therein or elsewhere in the Second Amended Complaint. Further,

PATTON BOGGS
LLP
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK  99501
Phone:  (907) 263-6300
Fax:  (907) 263-6345

Doc. 52081

the denial of any factual allegation herein may not be construed as an admission of the negative of such allegation.

North Star denies each and every allegation contained in the Second Amended Complaint except as specifically admitted, qualified, or otherwise responded to herein. North Star and its counsel have begun to review and investigate the events and circumstances that are the subject of the Second Amended Complaint.  That review and investigation is incomplete, and therefore North Star's Answer to the Second Amended Complaint is based upon presently available, incomplete information and belief.  North Star reserves the right to amend its Answer to the Second Amended Complaint and defenses to the Second Amended Complaint if so warranted, in light of its continuing investigation and other potential discovery herein.

## Responses to Amended Complaint

### Jurisdiction

1.      North Star admits the allegations contained in paragraph 1 of the Second Amended Complaint.

### Parties

2.      North Star has insufficient information to form a belief as to the truth or falsity of the allegations that contained in paragraph 2 of the Second Amended Complaint and, therefore, denies the same.

**PATTON BOGGS
LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK  99501
Phone:  (907) 263-6300
Fax:  (907) 263-6345

ANSWER TO THE SECOND AMENDED COMPLAINT
*Stout v North Star Paving et al.*
Case No. 3:06-cv-00081-TMB
Page 2 of 9
Doc. 52081

3.      North Star admits the allegations contained in paragraph 3 of the Second Amended Complaint.

4.      North Star admits the allegations contained in paragraph 4 of the Second Amended Complaint.

5.      North Star admits the allegations contained in paragraph 5 of the Second Amended Complaint.

6.      North Star admits the allegations contained in paragraph 6 of the Second Amended Complaint.

## Factual Allegations

7.      North Star admits the allegations contained in paragraph 7 of the Second Amended Complaint.

8.      North Star denies that Steve Foster is the current Secretary of North Star, or current shareholder.

9.      North Star denies Jack Foster is the current President of North Star, but admits that Jack Foster is a shareholder.

10.     North Star admits the allegations contained in paragraph 10 of the Second Amended Complaint.

11.     North Star admits that Mr. Griner gave the plaintiff termination notice that would have been effective November 20, 2004.

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK  99501
Phone:  (907) 263-6300
Fax:  (907) 263-6345

ANSWER TO THE SECOND AMENDED COMPLAINT
*Stout v North Star Paving et al.*
Case No. 3:06-cv-00081-TMB
Page 3 of 9
Doc. 52081

12.     North Star admits the allegations contained in paragraph 12 of the Second Amended Complaint.

13.     North Star admits the allegations contained in paragraph 13 of the Second Amended Complaint.

14.     North Star denies the allegations contained in paragraph 14 of the Second Amended Complaint.

15.     To the extent that paragraph 15 of the Second Amended Complaint requires an answer to the conclusions based on the assertions found in paragraph 14 of the Second Amended Complaint, North Star denies those allegations.

16.     North Star denies the allegations contained in paragraph 16 of the Second Amended Complaint.

17.     North Star denies the allegations contained in paragraph 17 of the Second Amended Complaint.

18.     North Star denies the allegations contained in paragraph 18 of the Second Amended Complaint.

19.     North Star admits Mr. Stout was entitled to payment through November 13, 2004.

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

ANSWER TO THE SECOND AMENDED COMPLAINT
*Stout v North Star Paving et al.*
Case No. 3:06-cv-00081-TMB
Page 4 of 9
Doc. 52081

## COUNT I
## Violation of the Alaska Wage and Hour Act – A.S. 23.10.060

20.    North Star realleges and reincorporates its answers set forth in paragraphs 1-19 above.

21.    North Star denies the allegations contained in paragraph 21 of the Second Amended Complaint.

22.    North Star denies the allegations contained in paragraph 22 of the Second Amended Complaint.

23.    North Star denies the allegations contained in paragraph 23 of the Second Amended Complaint.

24.    North Star denies the allegations contained in paragraph 24 of the Second Amended Complaint.

## COUNT II
## Violation of AS 23.05.140

25.    North Star realleges and reincorporates its answers set forth in paragraphs 1-24 above.

26.    North Star admits the plaintiff quit on or about November 13, 2004.

27.    Paragraph 27 is based on a legal conclusion and requires no answer, however, to the extent an answer is required, North Star denies the allegations contained in paragraph 27 of the Second Amended Complaint.

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK  99501
Phone:  (907) 263-6300
Fax:  (907) 263-6345

ANSWER TO THE SECOND AMENDED COMPLAINT
*Stout v North Star Paving et al.*
Case No. 3:06-cv-00081-TMB
Page 5 of 9
Doc. 52081

28.     Paragraph 28 is based on a legal conclusion and requires no answer, however, to the extent an answer is required, North Star denies the allegations contained in paragraph 28 of the Second Amended Complaint.

### COUNT III
### Violation of the Fair Labor Standards Act

29.     North Star realleges and reincorporates its answers set forth in paragraphs 1-28 above.

30.     North Star denies the allegations contained in paragraph 30 of the Second Amended Complaint.

31.     North Star denies the allegations contained in paragraph 31 of the Second Amended Complaint.

32.     North Star denies the allegations contained in paragraph 32 of the Second Amended Complaint.

33.     North Star denies the allegations contained in paragraph 33 of the Second Amended Complaint.

### Affirmative Defenses

1.     The plaintiff's action fails to state a claim for which relief can be granted against North Star;

2.     The plaintiff's damages, if any, result entirely from the actions of persons or parties other than North Star;

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK  99501
Phone:  (907) 263-6300
Fax:  (907) 263-6345

ANSWER TO THE SECOND AMENDED COMPLAINT
*Stout v North Star Paving et al.*
Case No. 3:06-cv-00081-TMB
Page 6 of 9
Doc. 52081

3.      The plaintiff's damages, if any, were caused, in whole or in part, by his own acts or omissions;

4.      The plaintiff's claims are barred by the doctrines of waiver, estoppel, laches, and unclean hands;

5.      The alleged injuries of the plaintiff are not the result of any act or omission of North Star, nor the result of any breach of a duty by North Star; thus, the plaintiff may not recover damages from North Star;

6.      The plaintiff is not entitled to be paid overtime in that he was employed in a position exempt from the overtime requirements of the Alaska Wage and Hour Act and the Fair Labor Standards Act;

7.      The plaintiff's claims are barred, in whole or in part, by the statute of limitations;

8.      The plaintiff is not entitled to an award of liquidated damages because any act or admission giving rise to overtime liability, if any, was made in good faith and with the reasonable belief that the act or omission was not in violation of the overtime requirements of the Alaska Wage and Hour Act and the Fair Labor Standards Act; and

9.      North Star reserves the right to assert or plead other and additional affirmative defenses, cross-claims, and/or counterclaims following a reasonable period of discovery.

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

ANSWER TO THE SECOND AMENDED COMPLAINT
*Stout v North Star Paving et al.*
Case No. 3:06-cv-00081-TMB
Page 7 of 9
Doc. 52081

### Prayer for Relief

North Star, having answered and affirmatively plead to the plaintiff's Second Amended Complaint, prays as follows:

1.    That the plaintiff's Second Amended Complaint be dismissed with prejudice;

2.    That costs and attorney's fees incurred in defending this action be awarded to North Star; and

3.    For any other further relief be awarded to North Star that this Court deems appropriate.

DATED this 27th day of November 2006, at Anchorage, Alaska.

PATTON BOGGS LLP
Attorneys for Plaintiff
North Star Paving and Construction, Inc


By:____s/ Michael D. White_____
        Christine V. Williams
        Alaska Bar Assoc. No. 0204007
        Michael D. White
        Alaska Bar Assoc. No. 8611144

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK  99501
Phone:  (907) 263-6300
Fax:  (907) 263-6345

ANSWER TO THE SECOND AMENDED COMPLAINT
*Stout v North Star Paving et al.*
Case No. 3:06-cv-00081-TMB
Page 8 of 9
Doc. 52081

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of November, 2006, I caused a true and correct copy of the foregoing document to be served via:

☐US Mail  ☒ **Electronically**  ☐ Hand-Delivery on:

**tseaver@seaverwagner.com**
Timothy Seaver, Esq.
Seaver & Wagner, LLC
421 West 1st Avenue, Suite 250
Anchorage, Alaska 99501

By:     s/ Desiree R. Burgess
Desiree R. Burgess, Legal Secretary
PATTON BOGGS LLP

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK  99501
Phone:  (907) 263-6300
Fax:  (907) 263-6345

ANSWER TO THE SECOND AMENDED COMPLAINT
*Stout v North Star Paving et al.*
Case No. 3:06-cv-00081-TMB
Page 9 of 9
Doc. 52081