Michael D. White (AK Bar Assoc. No. 8611144)
mwhite@pattonboggs.com
Christine V. Williams (AK Bar Assoc. No. 0204007)
cwilliams@pattonboggs.com
Patton Boggs LLP
601 West 5th Avenue, Suite 700
Anchorage, Alaska 99501
Telephone:    (907) 263-6300
Facsimile:    (907) 263-6345

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

GLENN STOUT,                              )
                                          )
        Plaintiff,                        )
                                          )
vs.                                       )
                                          )
NORTH STAR PAVING AND                     )
CONSTRUCTION, INC., KEN GRINER,           )
STEVE FOSTER, AND JACK FOSTER,            )
                                          )
        Defendants.                       )    Case No. 3:06-cv-81-TMB

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Defendants North Star Paving and Construction, Inc., Ken Griner,

Steve Foster and Jack Foster (collectively "North Star"), and Plaintiff Glenn Stout, by

and through counsel of record, and pursuant to Federal Civil Rule 41(a)(1), hereby

stipulate to dismiss with prejudice all claims and counterclaims that were or could have

been brought in the above-captioned matter against each other, each side to bear its own

costs and attorney's fees.

This Stipulation is based on the grounds that the parties have settled all claims and counterclaims that were or could have been brought in the above captioned matter against each other.

DATED at Anchorage, Alaska this 5th day of March, 2007.

Counsel for All Defendants

By: ___s/ Michael D. White_____

Michael D. White
PATTON BOGGS LLP
601 West 5th Avenue, Suite 700
Anchorage AK 99501
(907) 263-6300
(907) 263-6345 fax
mwhite@pattonboggs.com
Alaska Bar Assoc. No. 8611144

Counsel for All Plaintiff

By: ___s/ Timothy W. Seaver_____

Timothy W. Seaver
Jennifer A. Wagner
Seaver & Wagner LLC
421 W. 1st Avenue, Suite 250
Anchorage, AK  99501
(907) 646-9033  (ph)
(907) 276-8238  (fax)
Alaska Bar Association No. 9711092

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2007, I caused a true and correct copy of the foregoing document to be served via:

☐US Mail   ☑ **Electronically**   ☐ Hand-Delivery on:

**tseaver@seaverwagner.com**
Timothy Seaver, Esq.
Seaver & Wagner, LLC
421 West 1st Avenue, Suite 250
Anchorage AK 99501

By:   s/ Marcia Hill
Marcia Hill, Legal Secretary
PATTON BOGGS LLP

STIPULATION FOR DISMISSAL WITH PREJUDICE
*Stout v North Star Paving et al.*
Case No. 3:06-cv-81-TMB
Page 3 of 3
53514