Michael D. White (AK Bar Assoc. No. 8611144)
mwhite@pattonboggs.com
Christine V. Williams (AK Bar Assoc. No. 0204007)
cwilliams@pattonboggs.com
Patton Boggs LLP
601 West 5th Avenue, Suite 700
Anchorage, Alaska 99501
Telephone:   (907) 263-6300
Facsimile:   (907) 263-6345

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GLENN STOUT,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTH STAR PAVING AND CONSTRUCTION, INC., KEN GRINER, STEVE FOSTER, AND JACK FOSTER,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:06-cv-81-TMB |

**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**

This Court, having considered the parties' joint Stipulation to Dismiss with Prejudice, and being duly advised in the premises,

**IT IS HEREBY ORDERED:**

1. That the parties' Stipulation to Dismiss with Prejudice is **GRANTED**.

2. This case is **DISMISSED WITH PREJUDICE** and the matter is **CLOSED**. All hearings and deadlines are canceled and all pending motions are DISMISSED AS MOOT.

3. Each party is to bear its own attorney's fees and costs.

DATED:_____        _____
                                                                    Hon. Timothy M. Burgess
                                                                    United States District Judge

53515

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of March, 2007, I caused a true and correct copy of the foregoing document to be served via:

☐US Mail   ☒ **Electronically**   ☐ Hand-Delivery on:

   tseaver@seaverwagner.com
      Timothy Seaver, Esq.
      Seaver & Wagner, LLC
      421 West 1st Avenue, Suite 250
      Anchorage AK 99501

By:   s/ Marcia Hill
      Marcia Hill, Legal Secretary
      PATTON BOGGS LLP